IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1071 T

(Judge Susan G. Braden)

DANIEL D. PIERCE AND HENDY J. LUND,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6(b), defendant, the United States, moves this Court for an enlargement of 7 days, from December 21, 2006, to and including, December 28, 2006, of the deadline for defendant to file its cross-motion for summary judgment and opposition to plaintiffs' motion for summary judgment. One prior enlargement of this deadline totaling 20 days has been granted. Defendant's counsel has contacted counsel for the plaintiffs who has indicated that the plaintiffs do not oppose this motion.

As good cause therefor, the trial in *Fenton Gingerich, et al. v. United States*, Fed.Cl. No. 98-533, pending before Judge Lettow, took longer than anticipated so defendant's counsel did not have as much time as expected to complete the filings in this case. Further, defendant's counsel had to obtain some additional information from the IRS, which information will be

provided tomorrow. Defendant requests a brief enlargement to allow it time to complete its cross-motion for summary judgment.

WHEREFORE, the defendant requests that the deadline for the defendant to file its cross-motion for summary judgment and opposition to the plaintiffs' motion for summary judgment be enlarged to December 28, 2006.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

December 19, 2006