IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1071 T

(Judge Susan G. Braden)

DANIEL D. PIERCE AND HENDY J. LUND,

Plaintiffs

v.

UNITED STATES,

Defendant

DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to RCFC 56, defendant, the United States, moves this Court for summary judgment in its favor, dismissing the claims of plaintiffs, Daniel S. Pierce and hendy J. Lund, with prejudice.

As set forth in the accompanying Memorandum in Support of the Defendant's Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment and on the basis of the facts set forth in the Defendant's Proposed Findings of Uncontroverted Fact, the Plaintiff's Proposed Findings of Uncontroverted Fact, the Defendant's Response to Plaintiff's Proposed Findings of Uncontroverted Fact, and the declarations of Benjamin King and Hendy Lund, there are no genuine disputes of material fact. Plaintiffs, as a matter of law, are not

entitled to any refund of income tax for the period in issue; and defendant, as a matter of law, is entitled to judgment in its favor dismissing the complaint.

WHEREFORE, the defendant moves that the Court grant its cross-motion for summary judgment and dismiss the claims of plaintiffs in the above-captioned case with prejudice.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

December 28, 2006