*Copy*

Department of the Treasury – Internal Revenue Service

**Form 1040** U.S. Individual Income Tax Return **2000** (99) IRS use only – Do not write or staple in this space.

For the year Jan 1-Dec 31, 2000, or other tax year beginning , 2000, ending , 20    OMB No. 1545-0074

**Label** (See instructions.)

Your First Name: HENDY   MI: J   Last Name: LUND

If a Joint Return, Spouse's First Name: DANIEL   MI: S   Last Name: PIERCE

**Use the IRS label. Otherwise, please print or type.**

1800 TUCKER ROAD

City, Town or Post Office. If You Have a Foreign Address, See Instructions: SCOTTS VALLEY   State: CA   ZIP Code: 95066

Your Social Security Number: [redacted]

Spouse's Social Security Number: [redacted]

▲ You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)

Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ► You: [ ] Yes [ ] No   Spouse: [ ] Yes [ ] No

**Filing Status**
Check only one box.

1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's SSN above & full name here... ►
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here... ►
5. [ ] Qualifying widow(er) with dependent child (year spouse died ► ). (See instructions.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a ................
b [X] Spouse ..............

No. of boxes checked on 6a and 6b ..... **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who:
• lived with you .....
• did not live with you due to divorce or separation (see instructions) ..
Dependents on 6c not entered above .......

If more than six dependents, see instructions.

d Total number of exemptions claimed ........... Add numbers entered on lines above ► **2**

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

7  Wages, salaries, tips, etc. Attach Form(s) W-2 .............. | 7 | 1,625,507.
8a Taxable interest. Attach Schedule B if required .............. | 8a | 81.
b Tax-exempt interest. **Do not** include on line 8a .......... | 8b |
9  Ordinary dividends. Attach Schedule B if required .......... | 9 | 6,657.
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ..... | 10 |
11 Alimony received ............................ | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ ............ | 12 | 2,950.
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ... ► [ ] | 13 | 220,788.
14 Other gains or (losses). Attach Form 4797 ................. | 14 |
15a Total IRA distributions ..... | 15a |     b Taxable amount (see instrs) .. | 15b |
16a Total pensions & annuities . | 16a |     b Taxable amount (see instrs) .. | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. | 17 |
18 Farm income or (loss). Attach Schedule F ................. | 18 |
19 Unemployment compensation ........................ | 19 |
20a Social security benefits ..... | 20a |   b Taxable amount (see instrs) .. | 20b |
21 Other income. List type & amount (see instrs) _____ | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 1,855,983.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

23 IRA deduction (see instructions) .................. | 23 |
24 Student loan interest deduction (see instructions) ......... | 24 |
25 Medical savings account deduction. Attach Form 8853 ...... | 25 |
26 Moving expenses. Attach Form 3903 ................ | 26 |
27 One-half of self-employment tax. Attach Schedule SE ...... | 27 | 40.
28 Self-employed health insurance deduction (see instructions) . | 28 |
29 Self-employed SEP, SIMPLE, and qualified plans .......... | 29 |
30 Penalty on early withdrawal of savings ............... | 30 |
31a Alimony paid  b Recipient's SSN .... ► _____ | 31a |
32 Add lines 23 through 31a ............................ | 32 | 40.
33 Subtract line 32 from line 22. This is your **adjusted gross income** ..... ► | 33 | 1,855,943.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112 11/07/00   Form 1040 (2000)

**Defendant's Exhibit 1**

506-4

Form 1040 (2000)  HENDY J LUND ... IEL S PIERCE    21   Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 1,855,943. |
| | 35a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ► 35a | | |
| **Standard Deduction for Most People** | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ► 35b ☐ | | |
| | 36 | Enter your **itemized deductions** from Schedule A, line 28, or **standard deduction** shown on the left. But see instructions to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | 36 | 7,350. |
| Single: $4,400 | 37 | Subtract line 36 from line 34 | 37 | 1,848,593. |
| Head of household: $6,450 | 38 | If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet in the instructions for the amount to enter | 38 | 0. |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 1,848,593. |
| Married filing jointly or Qualifying widow(er): $7,350 | 40 | **Tax** (see instrs). Check if any tax is from a ☐ Form(s) 8814  b ☐ Form 4972 | 40 | (674,453.) |
| | 41 | Alternative minimum tax. Attach Form 6251 | 41 | 620,213. |
| | 42 | Add lines 40 and 41 ► | 42 | 1,294,666. |
| Married filing separately: $3,675 | 43 | Foreign tax credit. Attach Form 1116 if required | 43 | |
| | 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| | 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| | 46 | Education credits. Attach Form 8863 | 46 | |
| | 47 | Child tax credit (see instructions) | 47 | |
| | 48 | Adoption credit. Attach Form 8839 | 48 | |
| | 49 | Other. Check if from .. a ☐ Form 3800  b ☐ Form 8396  c ☐ Form 8801  d ☐ Form (specify) _____ | 49 | |
| | 50 | Add lines 43 through 49. These are your **total credits** | 50 | |
| | 51 | Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ► | 51 | 1,294,666. |
| **Other Taxes** | 52 | Self-employment tax. Attach Schedule SE | 52 | 79. |
| | 53 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 53 | |
| | 54 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 54 | |
| | 55 | Advance earned income credit payments from Form(s) W-2 | 55 | |
| | 56 | Household employment taxes. Attach Schedule H | 56 | |
| | 57 | Add lines 51-56. This is your **total tax** ► | 57 | 1,294,745. |
| **Payments** | 58 | Federal income tax withheld from Forms W-2 and 1099 | 58 | 19,512. |
| If you have a qualifying child, attach Schedule EIC | 59 | 2000 estimated tax payments and amount applied from 1999 return | 59 | 5,283. |
| | 60a | **Earned income credit (EIC)** | 60a | |
| | b | Nontaxable earned income: amount ► _____ and type ► _____ | | |
| | 61 | Excess social security and RRTA tax withheld (see instrs) | 61 | |
| | 62 | Additional child tax credit. Attach Form 8812 | 62 | |
| | 63 | Amount paid with request for extension to file (see instructions) | 63 | |
| | 64 | Other payments. Check if from ..... a ☐ Form 2439  b ☐ Form 4136 | 64 | |
| | 65 | Add lines 58, 59, 60a, and 61 through 64. These are your **total payments** ► | 65 | 24,795. |
| **Refund** Have it directly deposited! See instructions and fill in 67b, 67c, and 67d. | 66 | If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** | 66 | |
| | 67a | Amount of line 66 you want **refunded to you** ► | 67a | |
| | b | Routing number ........ _____  ► c Type: ☐ Checking ☐ Savings | | |
| | d | Account number ....... _____ | | |
| | 68 | Amount of line 66 you want applied to your 2001 estimated tax ► 68 | | |
| **Amount You Owe** | 69 | If line 57 is more than line 65, subtract line 65 from line 57. This is the **amount you owe.** For details on how to pay, see instructions ► | 69 | 1,269,950. |
| | 70 | Estimated tax penalty. Also include on line 69 | 70 | |

*Handwritten note beside lines 42-49:* "Going to take a long shot @ 517,000 first, but this is probably it. -350K already paid. CA paid"

**Sign Here** Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your Signature: COPY  Date: _____  Your Occupation: TECH TRAINER  Daytime Phone Number: _____
Spouse's Signature. If a Joint Return, Both Must Sign.  Date: _____  Spouse's Occupation: STUDENT
May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

Preparer's Signature: Eric G. Blum CPA   Date: 4/11/01   Check if self-employed ☐   Preparer's SSN or PTIN: 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
Firm's Name (or yours if self-employed), Address, and ZIP Code: BLUM & TRIPP  480 LYTTON AVE  PALO ALTO  CA  94301   EIN: 94-2450826   Phone No.: _____

FDIA0112 10/30/00

Form **2210**

Department of the Treasury
Internal Revenue Service

# Underpayment of Estimated Tax by Individuals, Estates and Trusts

▶ See separate instructions.
▶ Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041.

OMB No. 1545-0140

**2000**

06

Name(s) Shown on Tax Return: HENDY J LUND & DANIEL S PIERCE

Identifying Number: [redacted]

*Note: ...do not... only amount...
If one or more boxes in Part I apply to you. If you do not need to file Form 2210, you still may use... ...
from Part III, line 21, or Part IV, line 35, on the penalty line of your return, but **do not** attach Form 2210.*

### Part I — Reasons for Filing
If 1a, 1b, or 1c below applies to you, you may be able to lower or eliminate your penalty. But you **must** check the boxes that apply and file Form 2210 with your tax return. If 1d below applies to you, check that box and file Form 2210 with your tax return.

1  Check whichever boxes apply (if none apply, see the **Note** above):

 a  ☐ You request a **waiver**. In certain circumstances, the IRS will waive all or part of the penalty. See **Waiver of Penalty** in the instructions.

 b  ☒ You use the **annualized income installment method**. If your income varied during the year, this method may reduce the amount of one or more required installments. See the instructions.

 c  ☐ You had federal income tax withheld from wages and, for estimated tax purposes, you treat the withheld tax as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. See the instructions for line 23.

 d  ☐ Your required annual payment (line 14 below) is based on your 1999 tax and you filed or are filing a joint return for either 1999 or 2000 but not for both years.

### Part II — Required Annual Payment

| Line | Description | | Amount |
|---|---|---|---|
| 2 | Enter your 2000 tax after credits (see instructions) | 2 | 1,294,666. |
| 3 | Other taxes (see instructions) | 3 | 79. |
| 4 | Add lines 2 and 3 | 4 | 1,294,745. |
| 5 | Earned income credit | 5 | |
| 6 | Additional child tax credit | 6 | |
| 7 | Credit for federal tax paid on fuels | 7 | |
| 8 | Add lines 5, 6, and 7 | 8 | |
| 9 | Current year tax. Subtract line 8 from line 4 | 9 | 1,294,745. |
| 10 | Multiply line 9 by 90% (.90) | 10 | 1,165,271. |
| 11 | Withholding taxes. **Do not** include any estimated tax payments on this line (see instructions) | 11 | 19,512. |
| 12 | Subtract line 11 from line 9. If less than $1,000, **stop here; do not** complete or file this form. You do not owe the penalty | 12 | 1,275,233. |
| 13 | Enter the tax shown on your 1999 tax return (108.6% of that amount if the adjusted gross income shown on that return is more than $150,000, or, if married filing separately for 2000, more than $75,000). **Caution:** See instructions | 13 | 23,522. |
| 14 | Required annual payment. Enter the **smaller** of line 10 or line 13 | 14 | 23,522. |

**Note:** If line 11 is equal to or more than line 14, stop here; you do not owe the penalty. **Do not** file Form 2210 unless you checked box 1d above.

### Part III — Short Method
(Caution: See the instructions to find out if you can use the short method. If you checked box 1b or 1c in Part I, skip this part and go to Part IV.)

| Line | Description | | Amount |
|---|---|---|---|
| 15 | Enter the amount, if any, from line 11 above | 15 | |
| 16 | Enter the total amount, if any, of estimated tax payments you made | 16 | |
| 17 | Add lines 15 and 16 | 17 | |
| 18 | **Total underpayment for year.** Subtract line 17 from line 14. If zero or less, stop here; you do not owe the penalty. **Do not** file Form 2210 unless you checked box 1d above | 18 | |
| 19 | Multiply line 18 by .05976 | 19 | |
| 20 | • If the amount on line 18 was paid **on or after** 4/15/01, enter -0-. <br> • If the amount on line 18 was paid **before** 4/15/01, make the following computation to find the amount to enter on line 20. <br>   Amount on line 18  x  Number of days paid before 4/15/01  x  .00025 | 20 | |
| 21 | **Penalty.** Subtract line 20 from line 19. Enter the result here and on Form 1040, line 70; Form 1040A, line 45; Form 1040NR, line 69; Form 1040NR-EZ, line 27; or Form 1041, line 26 | ▶ 21 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 2210 (2000)

FDIZ0312  01/03/01

3

506-6

**Part IV** Regular Method (See the instructions if you are filing Form 1040NR or 1040NR-EZ.)

### Section A — Figure Your Underpayment

| | | Payment Due Dates | | | |
|---|---|---|---|---|---|
| | | (a) 4/15/00 | (b) 6/15/00 | (c) 9/15/00 | (d) 1/15/01 |
| 22 | Required installments. If box 1b applies, enter the amounts from Schedule AI, line 26. Otherwise, enter 25% (.25) of line 14, Form 2210, in each column | 4,299. | 5,232. | 3,883. | 10,108. |
| 23 | Estimated tax paid and tax withheld (see instructions). For column (a) only, also enter the amount from line 23 on line 27. If line 23 is equal to or more than line 22 for all payment periods, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked a box in Part I. *Complete lines 24 through 30 of one column before going to the next column.* | 4,878. | 4,878. | 4,878. | 10,161. |
| 24 | Enter amount, if any, from line 30 of previous column | | 579. | 225. | 1,220. |
| 25 | Add lines 23 and 24 | | 5,457. | 5,103. | 11,381. |
| 26 | Add amounts on lines 28 and 29 of the previous column | | 0. | 0. | 0. |
| 27 | Subtract line 26 from line 25. If zero or less, enter -0-. For column (a) only, enter the amount from line 23 | 4,878. | 5,457. | 5,103. | 11,381. |
| 28 | If the amount on line 27 is zero, subtract line 25 from line 26. Otherwise, enter -0- | | 0. | 0. | |
| 29 | Underpayment. If line 22 is equal to or more than line 27, subtract line 27 from line 22. Then go to line 24 of next column. Otherwise, go to line 30 | | | | |
| 30 | Overpayment. If line 27 is more than line 22, subtract line 22 from line 27. Then go to line 24 of next column | 579. | 225. | 1,220. | |

### Section B — Figure the Penalty (Complete lines 31 through 34 of one column before going to the next column.)

| | | | 4/15/00 | 6/15/00 | 9/15/00 | |
|---|---|---|---|---|---|---|
| **RATE PERIOD 1** | April 16, 2000 — December 31, 2000 | | Days: | Days: | Days: | |
| | 31 Number of days from the date shown above line 31 to the date the amount on line 29 was paid or 12/31/00, whichever is earlier | 31 | | | | |
| | 32 Underpayment on line 29 × (days on line 31 / 366) × .09 | 32 | $ | $ | $ | |
| | | | 12/31/00 | 12/31/00 | 12/31/00 | 1/15/01 |
| **RATE PERIOD 2** | January 1, 2001 — April 15, 2001 | | Days: | Days: | Days: | Days: |
| | 33 Number of days from the date shown above line 33 to the date the amount on line 29 was paid or 4/15/01, whichever is earlier | 33 | | | | |
| | 34 Underpayment on line 29 × (days on line 33 / 365) × .09 | 34 | $ | $ | $ | $ |

35 Penalty. Add all amounts on lines 32 and 34 in all columns. Enter the total here and on Form 1040, line 70; Form 1040A, line 45; Form 1040NR, line 69; Form 1040NR-EZ, line 27; or Form 1041, line 26 ......................................................................... ▶ 35 $

Form 2210 (2000)

Form 2210 (2000)    HENDY J LUND & ANIEL S PIERCE                                    Page 3

### Schedule AI — Annualized Income Installment Method (see instructions)

Estates & trusts, do not use the period ending dates shown to the right. Instead, use the following: 2/29/00, 4/30/00, 7/31/00, & 11/30/00.

| | | (a) 1/1/00 - 3/31/00 | (b) 1/1/00 - 5/31/00 | (c) 1/1/00 - 8/31/00 | (d) 1/1/00 - 12/31/00 |
|---|---|---|---|---|---|
| **Part I** | **Annualized Income Installments** | | | | |
| 1 | Enter your AGI for each period. (Estates and trusts, enter your taxable income without your exemption for each period) | 32,600. | 58,000. | 89,000. | 1,855,943. |
| 2 | Annualization amounts. (Estates & trusts, see instrs) | 4 | 2.4 | 1.5 | 1 |
| 3 | Annualized income. Multiply line 1 by line 2 | 130,400. | 139,200. | 133,500. | 1,855,943. |
| 4 | Enter your itemized dedns for the period shown in each col. If you do not itemize, enter -0- and skip to line 7. (Estates & trusts, enter -0-, skip to line 9, and enter the amount from line 3 on line 9.) | 0. | 0. | 0. | 0. |
| 5 | Annualization amounts | 4 | 2.4 | 1.5 | 1 |
| 6 | Multiply line 4 by line 5 (see instructions if line 3 is more than $64,475) | 0. | 0. | 0. | 0. |
| 7 | In each column, enter the full amount of your standard deduction from Form 1040, line 36, or Form 1040A, line 22 (Form 1040NR or 1040NR-EZ filers, enter -0-. Exception: Indian students and business apprentices, enter standard deduction from Form 1040NR, line 35 or Form 1040NR-EZ, line 11.) | 7,350. | 7,350. | 7,350. | 7,350. |
| 8 | Enter the larger of line 6 or line 7 | 7,350. | 7,350. | 7,350. | 7,350. |
| 9 | Subtract line 8 from line 3 | 123,050. | 131,850. | 126,150. | 1,848,593. |
| 10 | In each column, multiply $2,800 by the total number of exemptions claimed (see instructions if line 3 is more than $96,700). (Estates and trusts and Form 1040NR or 1040NR-EZ filers, enter the exemption amount shown on your tax return.) | 5,600. | 5,600. | 5,600. | 0. |
| 11 | Subtract line 10 from line 9 | 117,450. | 126,250. | 120,550. | 1,848,593. |
| 12 | Figure your tax on the amount on line 11 | 19,105. | 21,181. | 19,754. | 674,453. |
| 13 | Form 1040 filers only, complete Part II and enter your self-employment tax from line 35 below | 0. | 0. | 118. | 79. |
| 14 | Enter other taxes for each payment period | 0. | 0. | 0. | 620,213. |
| 15 | Total tax. Add lines 12, 13, and 14 | 19,105. | 21,181. | 19,872. | 1,294,745. |
| 16 | For each period, enter the same type of credits as allowed on Form 2210, lines 2, 5, 6, and 7 | | | | |
| 17 | Subtract ln 16 from ln 15. If zero or less, enter -0- | 19,105. | 21,181. | 19,872. | 1,294,745. |
| 18 | Applicable percentage | 22.5% | 45% | 67.5% | 90% |
| 19 | Multiply line 17 by line 18 | 4,299. | 9,531. | 13,414. | 1,165,271. |
| | **Caution:** Complete lines 20 - 26 of one column before going to the next column. | | | | |
| 20 | Add amounts in all previous columns of line 26 | | 4,299. | 9,531. | 13,414. |
| 21 | Subtract ln 20 from ln 19. If zero or less, enter -0- | 4,299. | 5,232. | 3,883. | 1,151,857. |
| 22 | Enter 25% (.25) of ln 14 on pg 1 of Form 2210 in each column | 5,881. | 5,881. | 5,881. | 5,879. |
| 23 | Enter amount from line 25 of the previous column of this schedule | | 1,582. | 2,231. | 4,229. |
| 24 | Add lines 22 and 23 and enter the total | 5,881. | 7,463. | 8,112. | 10,108. |
| 25 | Subtract ln 21 from ln 24. If zero or less, enter -0- | 1,582. | 2,231. | 4,229. | |
| 26 | Enter the smaller of line 21 or line 24 here and on Form 2210, line 22 | 4,299. | 5,232. | 3,883. | 10,108. |
| **Part II** | **Annualized Self-Employment Tax** (For Part II, TP = Taxpayer and SP = Spouse) | | | | |
| 27 | Net earnings from self-employment for the period. TP / SP | 0. | 0. | 2,724. | 2,724. |
| 28 | Prorated social security tax limit | $19,050 | $31,750 | $50,800 | $76,200 |
| 29 | Enter actual wages for the period subject to social security tax or the 6.2% portion of the 7.65% RR retirement (tier 1) tax TP / SP | 19,050. | 31,750. | 50,800. | 76,200. |
| 30 | Subtract line 29 from line 28. If zero or less, enter -0- TP / SP | 0. | 0. | 0. | 0. |
| 31 | Annualization amounts | 0.496 | 0.2976 | 0.186 | 0.124 |
| 32 | Multiply line 31 by the smaller of line 27 or line 30 TP / SP | 0. | 0. | 0. | 0. |
| 33 | Annualization amounts | 0.116 | 0.0696 | 0.0435 | 0.029 |
| 34 | Multiply line 27 by line 33 SP / TP | 0. | 0. | 118. | 79. |
| 35 | Add lines 32 and 34. Enter the result here and on line 13 above SP / TP | 0. | 0. | 118. | 79. |

BAA                                FDIZ0304 01/03/01                                Form 2210 (2000)

506-8

Schedule A & B (Form 1040) 2000
OMB No. 1545-0074  Page 2

Name(s) Shown on Form 1040. Do Not Enter Name and Social Security Number if Shown on Schedule A.
HENDY J LUND & DANIEL S PIERCE

Your Social Security Number: [REDACTED]

## Schedule B — Interest and Ordinary Dividends                                                  08

**Part I Interest**

(See instructions for Form 1040, line 8a.)

Note. If you had over $400 in taxable interest, you must also complete Part III.

1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address.

| Payer | Amount |
|---|---|
| STATE OF CALIFORNIA | 50. |
| RBMG | 31. |

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

2 Add the amounts on line 1 ............................................................. **81.**

3 Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815.

4 Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ....... **81.**

**Part II Ordinary Dividends**

(See instructions for Form 1040, line 9.)

Note. If you had over $400 in ordinary dividends, you must also complete Part III.

5 List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13.

| Payer | Amount |
|---|---|
| AMERICAN CENTURY | 615. |
| P & G SERVICES | 6. |
| PAINE WEBBER | 4,379. |
| PAINE WEBBER | 100. |
| SALOMON SMITH | 1,557. |

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

6 Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ......... **6,657.**

**Part III Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you (a) had over $400 of interest or ordinary dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

7a At any time during 2000, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1. — **No: X**

b If 'Yes,' enter the name of the foreign country.

8 During 2000, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions. — **No: X**

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0401 05/23/00    Schedule B (Form 1040) 2000

506-9

# Schedule C-EZ
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Net Profit from Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc, must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or Form 1041. ▶ See instructions.

OMB No. 1545-0074

**2000**

09A

Name of Proprietor: HENDY J LUND

Social Security Number (SSN): 5███-██-████

### Part I — General Information

**You May Use Schedule C-EZ Instead of Schedule C Only if You:**

- Had business expenses of $2,500 or less.
- Use the cash method of accounting.
- Did not have an inventory at any time during the year.
- Did not have a net loss from your business.
- Had only one business as a sole proprietor.

**And You:**

- Had no employees during the year.
- Are not required to file Form 4562, Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, to find out if you must file.
- Do not deduct expenses for business use of your home.
- Do not have prior year unallowed passive activity losses from this business.

A  Principal business or profession, including product or service
   CONSULTING

B  Enter code from instructions ▶ 651000

C  Business name. If no separate business name, leave blank.
   SAME

D  Employer ID number (EIN), if any

E  Business address (including suite or room number). Address not required if same as on Form 1040, page 1.
   SAME
   City, town or post office, state, and ZIP code
   SAME

### Part II — Figure Your Net Profit

| | | |
|---|---|---:|
| 1 | Gross receipts. Caution: *If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see **Statutory Employees** in the instructions for Schedule C, line 1, and check here* ▶ ☐ | 3,500. |
| 2 | Total expenses. If more than $2,500, you **must** use Schedule C. See instructions | 550. |
| 3 | **Net profit.** Subtract line 2 from line 1. If less than zero, you **must** use Schedule C. Enter on **Form 1040**, line 12, and **also** on **Schedule SE, line 2.** (Statutory employees **do not** report this amount on Schedule SE, line 2. Estates and trusts, enter on Form 1041, line 3.) | 2,950. |

### Part III — Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 2.

4  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____.

5  Of the total number of miles you drove your vehicle during 2000, enter the number of miles you used your vehicle for:

   a Business _____   b Commuting _____   c Other _____

6  Do you (or your spouse) have another vehicle available for personal use? ................ ☐ Yes ☐ No

7  Was your vehicle available for use during off-duty hours? ................ ☐ Yes ☐ No

8a Do you have evidence to support your deduction? ................ ☐ Yes ☐ No

  b If 'Yes,' is the evidence written? ................ ☐ Yes ☐ No

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.        Schedule C-EZ (Form 1040) 2000

FDIA8301  06/15/00

506-10

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

► Attach to Form 1040.    ► See instructions for Schedule D (Form 1040).
► Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074

**2000**

Attachment Sequence No. **12**

Name(s) Shown on Form 1040: HENDY J LUND & DANIEL S PIERCE

Your Social Security Number: [redacted]

## Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1  100 TEXAS INSTRUMNETS | 07/22/99 | 01/03/00 | 9,868. | 6,890. | 2,978. |
| 300 INTERSPEED | 06/01/00 | 08/16/00 | 3,675. | 3,900. | -225. |
| DISCOVERY FUND F | 05/29/99 | 01/25/00 | 4,447. | 3,856. | 591. |
| GABELLI FUND | 05/29/00 | 01/25/00 | 9,440. | 5,252. | 4,188. |
| 2  Enter your short-term totals, if any, from Schedule D-1, line 2 | | 2 | 1,601,178. | | 58,878. |
| 3  Total short-term sales price amounts. Add column (d) of lines 1 and 2 | | 3 | 1,628,608. | | |
| 4  Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 4 | |
| 5  Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 5 | |
| 6  Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1999 Capital Loss Carryover Worksheet | | | | 6 | |
| 7  Net short-term capital gain or (loss). Combine column (f) of lines 1 through 6 ► | | | | 7 | 66,410. |

## Part II — Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) | (g) 28% rate gain or (loss) * (see instructions below) |
|---|---|---|---|---|---|---|
| 8  100 INTEL | 05/30/97 | 05/30/00 | 12,180. | 4,087. | 8,093. | |
| 1200 MCI | 12/03/98 | 01/25/00 | 49,948. | 28,286. | 21,662. | |
| 2296 ALLIANCE | 05/29/90 | 01/25/00 | 17,239. | 14,395. | 2,844. | |
| 3000 SYMMETRICON | 04/14/99 | 05/30/00 | 43,874. | 21,275. | 22,599. | |
| 9  Enter your long-term totals, if any, from Schedule D-1, line 9 | | 9 | 125,171. | | 98,300. | |
| 10  Total long-term sales price amounts. Add column (d) of lines 8 and 9 | | 10 | 248,412. | | | |
| 11  Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 11 | | |
| 12  Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 12 | | |
| 13  Capital gain distributions. See instructions | | | | 13 | 880. | |
| 14  Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1999 Capital Loss Carryover Worksheet | | | | 14 | | |
| 15  Combine column (g) of lines 8 through 14 | | | | 15 | | |
| 16  Net long-term capital gain or (loss). Combine column (f) of lines 8 through 14 ► | | | | 16 | 154,378. | |

Next: Go to Part III on page 2.

* **28% rate gain or loss** includes all 'collectibles gains and losses' (as defined in the instructions) and up to 50% of the eligible gain on qualified small business stock (see instructions).

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.     Schedule D (Form 1040) 2000

FDIA0612  10/24/00

8

506-11

Schedule D (Form 1040) 2000   HENDY J LUND & DANIEL S PIERCE

### Part III — Summary of Parts I and II

17  Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 ............ **17** | 220,788.

Next:  Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:
- Both lines 16 and 17 are gains **and**
- Form 1040, line 39, is more than zero.

Otherwise, **stop here.**

18  If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:
- The loss on line 17 **or**
- ($3,000) or, if married filing separately, ($1,500) ............................................ **18**

Next:  Skip **Part IV** below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** in the instructions if:
- The loss on line 17 exceeds the loss on line 18 **or**
- Form 1040, line 37, is a loss.

### Part IV — Tax Computation Using Maximum Capital Gains Rates

| Line | Description | Col | Value |
|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | 1,848,593. |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D | 154,378. | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 154,378. | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 66,410. | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero | 0. | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 17 of the worksheet in the instructions | | |
| 26 | Add lines 24 and 25 | 0. | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | 154,378. |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | 1,694,215. |
| 29 | Enter the **smaller** of: The amount on line 19 **or** $26,250 if single; $43,850 if married filing jointly or qualifying widow(er); $21,925 if married filing separately; or $35,150 if head of household | | 43,850. |
| 30 | Enter the **smaller** of line 28 or line 29 | 43,850. | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | 1,694,215. | |
| 32 | Enter the **larger** of line 30 or line 31 | 1,694,215. | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | 643,577. |
| | Note: If the amounts on lines 29 and 30 are the same, skip lines 34 through 37 and go to line 38. | | |
| 34 | Enter the amount from line 29 | | |
| 35 | Enter the amount from line 30 | | |
| 36 | Subtract line 35 from line 34 | | |
| 37 | Multiply line 36 by 10% (.10) | | |
| | Note: If the amounts on lines 19 and 29 are the same, skip lines 38 through 51 and go to line 52. | | |
| 38 | Enter the **smaller** of line 19 or line 27 | 154,378. | |
| 39 | Enter the amount from line 36 | | |
| 40 | Subtract line 39 from line 38 | 154,378. | |
| 41 | Multiply line 40 by 20% (.20) | | 30,876. |
| | Note: If line 26 is zero or blank, skip lines 42 through 51 and go to line 52. | | |
| 42 | Enter the **smaller** of line 22 or line 25 | | |
| 43 | Add lines 22 and 32 | | |
| 44 | Enter the amount from line 19 | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- | | |
| 47 | Multiply line 46 by 25% (.25) | | |
| | Note: If line 24 is zero or blank, skip lines 48 through 51 and go to line 52. | | |
| 48 | Enter the amount from line 19 | | |
| 49 | Add lines 32, 36, 40, and 46 | | |
| 50 | Subtract line 49 from line 48 | | |
| 51 | Multiply line 50 by 28% (.28) | | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | 674,453. |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | 704,711. |
| 54 | **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 | | 674,453. |

FDIA0612  10/24/00
9

506-12

**Schedule D-1**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

Continuation Sheet for Schedule D
(Form 1040)
► See instructions for Schedule D (Form 1040).
► Attach to Schedule D if you need more space to list transactions for lines 1 and 8.

OMB No. 1545-0074

**2000**

12A

Name(s) Shown on Form 1040: HENDY J LUND & DANIEL S PIERCE

Your Social Security Number: [redacted]

### Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price | (e) Cost or other basis | (f) Gain or (loss). Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1  11000 REDBACK | 03/02/00 | 10/17/00 | 1,540,005. | 1,540,000. | 5. |
| 200 REDBACK | 11/01/99 | 03/02/00 | 61,173. | 2,300. | 58,873. |

| 2 Totals. Combine columns (d) and (f). Enter here and on Schedule D, line 2 ► 2 | 1,601,178. | | 58,878. |
|---|---|---|---|

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.   FDIA0656 10/20/00   Schedule D-1 (Form 1040) 2000

506-13

Schedule D-1 (Form 1040) 2000     12A     Page 2

* Name(s) Shown on Form 1040. Do Not Enter Name and Social Security Number if Shown on Page 1.

HENDY J LUND & DANIEL S PIERCE

### Part II — Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price | (e) Cost or other basis | (f) Gain or (loss). Subtract (e) from (d) | (g) 28% rate gain or (loss) * (see instructions) |
|---|---|---|---|---|---|---|
| 400 INTEL | 05/30/97 | 08/16/00 | 27,300. | 7,850. | 19,450. | |
| 400 REDBACK | 05/18/99 | 08/09/00 | 60,018. | 2,600. | 57,418. | |
| 400 SUN MICRO | 01/26/99 | 05/30/00 | 31,023. | 10,500. | 20,523. | |
| DISCOVERY FUND F | 05/29/98 | 01/25/00 | 6,830. | 5,921. | 909. | |
| 9 Totals. Combine columns (d), (f), and (g). Enter here and on Schedule D, line 9 ▶ 9 | | | 125,171. | | 98,300. | |

*28% rate gain or loss includes all 'collectibles gains and losses' (as defined in the instructions) and up to 50% of the eligible gain on qualified small business stock (see instructions).

FDIA0656 10/23/00     Schedule D-1 (Form 1040) 2000

506-14

Schedule SE (Form 1040) 2000                                                                                                          Page 2

| Name of Person with Self-Employment Income (as Shown on Form 1040) | Social Security Number of Person with self-employment Income ► |
|---|---|
| HENDY J LUND | ▮▮▮▮▮ |

## Section B — Long Schedule SE

### Part I  Self-Employment Tax

**Note.** If your only income subject to self-employment tax is **church employee income**, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order is not church employee income. See instructions.

A  If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I .................. ► ☐

| | | |
|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a. **Note.** Skip this line if you use the farm optional method. See instructions. | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report. **Note.** Skip this line if you use the nonfarm optional method. See instructions | 2 | 2,950. |
| 3 | Combine lines 1 and 2 | 3 | 2,950. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3. | 4a | 2,724. |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | 4b | |
| c | Combine lines 4a and 4b. If less than $400, **do not** file this schedule; you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income**, enter -0- and continue ► | 4c | 2,724. |
| 5a | Enter your church employee income from Form W-2. **Caution:** See the instructions for definition of church employee income | 5a | |
| b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- | 5b | 0. |
| 6 | **Net earnings from self-employment.** Add lines 4c and 5b | 6 | 2,724. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2000 | 7 | 76,200. |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation | 8a | 76,200. |
| b | Unreported tips subject to social security tax (from Form 4137, line 9) | 8b | |
| c | Add lines 8a and 8b | 8c | 76,200. |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ► | 9 | 0. |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) | 10 | 0. |
| 11 | Multiply line 6 by 2.9% (.029) | 11 | 79. |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 52** | 12 | 79. |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on **Form 1040, line 27** | 13 | 40. |

### Part II  Optional Methods to Figure Net Earnings (See instructions.)

**Farm Optional Method.** You may use this method **only** if:
- Your gross farm income(1) was not more than $2,400 **or**
- Your net farm profits(2) were less than $1,733.

| 14 | Maximum income for optional methods | 14 | 1,600. |
|---|---|---|---|
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income(1) (not less than zero) **or** $1,600. Also, include this amount on line 4b above | 15 | |

**Nonfarm Optional Method.** You may use this method **only** if:
- Your net nonfarm profits(3) were less than $1,733 and also less than 72.189% of your gross nonfarm income(4), **and**
- You had net earnings from self-employment of at least $400 in 2 of the prior 3 years.

**Caution:** You may use this method no more than five times.

| 16 | Subtract line 15 from line 14 | 16 | |
|---|---|---|---|
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income(4) (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above | 17 | |

(1) From Schedule F, line 11, and Schedule K-1 (Form 1065), line 15b.
(2) From Schedule F, line 36, and Schedule K-1 (Form 1065), line 15a.
(3) From Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a; and Schedule K-1 (Form 1065-B), box 9.
(4) From Schedule C, line 7; Schedule C-EZ, line 1; Schedule K-1 (Form 1065), line 15c; and Schedule K-1 (Form 1065-B), box 9.

BAA                                                                                                   Schedule SE (Form 1040) 2000

FDIA1102   11/22/00

506-15

| Form **6251** | | Alternative Minimum Tax — Individuals | OMB No. 1545-0227 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ► See separate instructions.<br>► Attach to Form 1040 or Form 1040NR. | **2000**<br>32 |

Name(s) Shown on Form 1040: HENDY J LUND & DANIEL S PIERCE

Your Social Security Number: [redacted]

### Part I — Adjustments and Preferences

| # | Description | Amount |
|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 36, here and go to line 6 | 7,350. |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2-1/2% of Form 1040, line 34 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 2,824,472. |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14.<br>a Circulation expenditures   h Loss limitations<br>b Depletion   i Mining costs<br>c Depreciation (pre-1987)   j Patron's adjustment<br>d Installment sales   k Pollution control facilities<br>e Intangible drilling costs   l Research & experimental<br>f Large partnerships   m Section 1202 exclusion<br>g Long-term contracts   n Tax shelter farm activities<br>    o Related adjustments | |
| 15 | Total Adjustments and Preferences. Combine lines 1 through 14 | 2,831,822. |

### Part II — Alternative Minimum Taxable Income

| # | Description | Amount |
|---|---|---|
| 16 | Enter the amount from Form 1040, line 37. If less than zero, enter as a (loss) | 1,848,593. |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | |
| 18 | If Form 1040, line 34, is over $128,950 (over $64,475 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | |
| 19 | Combine lines 15 through 18 | 4,680,415. |
| 20 | Alternative tax net operating loss deduction. See instructions | |
| 21 | Alternative Minimum Taxable Income. Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see instructions.) | 4,680,415. |

### Part III — Exemption Amount and Alternative Minimum Tax

22 Exemption Amount. (If this form is for a child under age 14, see instructions.)

| If your filing status is... | And line 21 is not over... | Then enter on line 22... | | |
|---|---|---|---|---|
| Single or head of household | $112,500 | $33,750 | | |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 | 22 | 0. |
| Married filing separately | 75,000 | 22,500 | | |

If line 21 is over the amount shown above for your filing status, see instructions.

| # | Description | Amount |
|---|---|---|
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 and stop here | 4,680,415. |
| 24 | If you reported capital gain distributions directly on Form 1040, line 13, or you completed Schedule D (Form 1040) and have an amount on line 25 or line 27 (or would have had an amount on either line if you had completed Part IV) (as refigured for the AMT, if necessary), go to Part IV of Form 6251 to figure line 24. All others: If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 1,294,666. |
| 25 | Alternative minimum tax foreign tax credit. See instructions | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 | 1,294,666. |
| 27 | Enter your tax from Form 1040, line 40 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 43) | 674,453. |
| 28 | Alternative Minimum Tax. Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 41 | 620,213. |

BAA For Paperwork Reduction Act Notice, see separate instructions.   Form 6251 (2000)

FDIA5312   10/23/00

13

506-16

### Part IV — Line 24 Computation Using Maximum Capital Gains Rates

**Caution:** *If you did not complete Part IV of Schedule D (Form 1040), see the instructions before you complete this part.*

| Line | Description | | Amount |
|---|---|---|---|
| 29 | Enter the amount from Form 6251, line 23 | | 4,680,415. |
| 30 | Enter the amount from Schedule D (Form 1040), line 27 (as refigured for the AMT, if necessary). See instructions | 154,378. | |
| 31 | Enter the amount from Schedule D (Form 1040), line 25 (as refigured for the AMT, if necessary). See instructions | 0. | |
| 32 | Add lines 30 and 31 | 154,378. | |
| 33 | Enter the amount from Schedule D (Form 1040), line 22 (as refigured for the AMT, if necessary). See instructions | 154,378. | |
| 34 | Enter the **smaller** of line 32 or line 33 | | 154,378. |
| 35 | Subtract line 34 from line 29. If zero or less, enter -0- | | 4,526,037. |
| 36 | If line 35 is $175,000 or less ($87,500 or less if married filing separately), multiply line 35 by 26% (.26). Otherwise, multiply line 35 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | 1,263,790. |
| 37 | Enter the amount from Schedule D (Form 1040), line 36 (as figured for the regular tax). See instructions | | |
| 38 | Enter the **smallest** of line 29, line 30, or line 37 | 0. | |
| 39 | Multiply line 38 by 10% (.10) | | 0. |
| 40 | Enter the **smaller** of line 29 or line 30 | 154,378. | |
| 41 | Enter the amount from line 38 | 0. | |
| 42 | Subtract line 41 from line 40 | 154,378. | |
| 43 | Multiply line 42 by 20% (.20) | | 30,876. |
| | **Note:** *If line 31 is zero or blank, skip lines 44 through 47 and go to line 48.* | | |
| 44 | Enter the amount from line 29 | | |
| 45 | Add lines 35, 38, and 42 | | |
| 46 | Subtract line 45 from line 44 | | |
| 47 | Multiply line 46 by 25% (.25) | | |
| 48 | Add lines 36, 39, 43, and 47 | | 1,294,666. |
| 49 | If line 29 is $175,000 or less ($87,500 or less if married filing separately), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | 1,307,016. |
| 50 | Enter the **smaller** of line 48 or line 49 here and on line 24 | | 1,294,666. |

Form 6251 (2000)