| | | | |
|---|---|---|---|
| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** 2001 | (99) | 8921100402503-3<br>IRS use only — Do not write or staple in this space. |

For the year Jan 1 - Dec 31, 2001, or other tax year beginning ___ 2001, ending ___, 20 ___   OMB No. 1545-0074

**Label** (See instructions.)

Your First Name: HENDY   MI: J   Last Name: LUND

Your Social Security Number: [redacted]

**Use the IRS label. Otherwise, please print or type.**

If a Joint Return, Spouse's First Name: DANIEL   MI: S   Last Name: PIERCE

Spouse's Social Security Number: [redacted]

Home Address (number and street). If You Have a P.O. Box, See Instructions.: 1800 TUCKER ROAD   Apartment No.:

**Important!** You must enter your social security number(s) above.

City, Town or Post Office. If You Have a Foreign Address, See Instructions.: SCOTTS VALLEY   State: CA   ZIP Code: 95066

**Presidential Election Campaign** (See instructions.)

Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? .........►    You: [ ] Yes [ ] No    Spouse: [ ] Yes [ ] No

**Filing Status**

Check only one box.

1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's SSN above & full name here ... ►
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. [ ] Qualifying widow(er) with dependent child (year spouse died ► ___ ). (See instructions.)

**Exemptions**

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a .........

b [X] **Spouse** .........

No. of boxes checked on 6a and 6b ... **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who:
• lived with you ......
• did not live with you due to divorce or separation (see instrs) ...
Dependents on 6c not entered above .

If more than six dependents, see instructions.

d Total number of exemptions claimed ...... Add numbers entered on lines above ► **2**

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 .......... | 7 | 102,414. |
| 8a Taxable interest. Attach Schedule B if required ........ | 8a | 283. |
| b Tax-exempt interest. Do not include on line 8a ........ 8b | | |
| 9 Ordinary dividends. Attach Schedule B if required ...... | 9 | 14,534. |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) .... | 10 | |
| 11 Alimony received ........ | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ ...... | 12 | 290. |
| 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ► [ ] | 13 | 110,748. |
| 14 Other gains or (losses). Attach Form 4797 ......... | 14 | |
| 15a Total IRA distributions ..... 15a    b Taxable amount (see instrs) .. | 15b | |
| 16a Total pensions & annuities .. 16a    b Taxable amount (see instrs) .. | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . | 17 | |
| 18 Farm income or (loss). Attach Schedule F ......... | 18 | |
| 19 Unemployment compensation ....... | 19 | |
| 20a Social security benefits ..... 20a    b Taxable amount (see instrs) .. | 20b | |
| 21 Other income ........ | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 228,269. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 IRA deduction (see instructions) ......... 23 | | |
| 24 Student loan interest deduction (see instructions) ..... 24 | | |
| 25 Archer MSA deduction. Attach Form 8853 ...... 25 | | |
| 26 Moving expenses. Attach Form 3903 ....... 26 | | |
| 27 One-half of self-employment tax. Attach Schedule SE .... 27 | | |
| 28 Self-employed health insurance deduction (see instructions). 28 | | |
| 29 Self-employed SEP, SIMPLE, and qualified plans ...... 29 | | |
| 30 Penalty on early withdrawal of savings ....... 30 | | |
| 31a Alimony paid  b Recipient's SSN ... ► _____ .. 31a | | |
| 32 Add lines 23 through 31a ........ | 32 | |
| 33 Subtract line 32 from line 22. This is your **adjusted gross income** ...... ► | 33 | 228,269. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112 12/10/01   Form **1040** (2001)

Internal Revenue Service Received [stamp]

**Defendant's Exhibit 2**                                 1

Form 1040 (2001)    HENDY J LUND & DANIEL S PIERCE    Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) | 34 | 228,269. |
| | 35a Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ► 35a | | |
| **Standard Deduction for —** | b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ► 35b ☐ | | |
| • People who checked any box on line 35a or 35b **or** who can be claimed as a dependent, see instructions. | 36 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 36 | 359,555. |
| | 37 Subtract line 36 from line 34 | 37 | -131,286. |
| | 38 If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet in the instructions | 38 | 4,408. |
| | 39 **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 0. |
| • All others: Single: $4,550 | 40 Tax (see instrs). Check if any tax is from **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | 40 | 0. |
| | 41 **Alternative minimum tax** (see instructions). Attach Form 6251 | 41 | 35,160. |
| Head of household, $6,650 | 42 Add lines 40 and 41 ► | 42 | 35,160. |
| | 43 Foreign tax credit. Attach Form 1116 if required ........... 43 | | |
| | 44 Credit for child and dependent care expenses. Attach Form 2441 ... 44 | | |
| Married filing jointly or Qualifying widow(er), $7,600 | 45 Credit for the elderly or the disabled. Attach Schedule R ..... 45 | | |
| | 46 Education credits. Attach Form 8863 ............................. 46 | | |
| | 47 Rate reduction credit. See the worksheet ............................. 47 | | |
| | 48 Child tax credit (see instructions) ............................. 48 | | |
| | 49 Adoption credit. Attach Form 8839 ............................. 49 | | |
| Married filing separately, $3,800 | 50 Other credits from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☒ Form 8801 **d** ☐ Form (specify) _____ 50 | 0. | |
| | 51 Add lines 43 through 50. These are your **total credits** | 51 | 0. |
| | 52 Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ► | 52 | 35,160. |
| **Other Taxes** | 53 Self-employment tax. Attach Schedule SE | 53 | |
| | 54 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| | 55 Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 55 | |
| | 56 Advance earned income credit payments from Form(s) W-2 | 56 | |
| | 57 Household employment taxes. Attach Schedule H | 57 | |
| | 58 Add lines 52-57. This is your **total tax** ► | 58 | 35,160. |
| **Payments** | 59 Federal income tax withheld from Forms W-2 and 1099 ..... 59 | 20,109. | |
| If you have a qualifying child, attach Schedule EIC. | 60 2001 estimated tax payments and amount applied from 2000 return ..... 60 | | |
| | 61a **Earned income credit (EIC)** ............... 61a | | |
| | b Nontaxable earned income ...... 61b ___ | | |
| | 62 Excess social security and RRTA tax withheld (see instrs) ... 62 | | |
| | 63 Additional child tax credit. Attach Form 8812 ............ 63 | | |
| | 64 Amount paid with request for extension to file (see instructions) ....... 64 | | |
| | 65 Other payments. Check if from ..... **a** ☐ Form 2439 **b** ☐ Form 4136 ...... 65 | | |
| FDIA0112 12/10/01 | 66 Add lines 59, 60, 61a, and 62 through 65. These are your **total payments** ► | 66 | 20,109. |
| **Refund** | 67 If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you **overpaid** | 67 | |
| Direct deposit? See instructions and fill in 68b, 68c, and 68d. | 68a Amount of line 67 you want **refunded to you** ► | 68a | |
| | ► b Routing number _____ ► c Type: ☐ Checking ☐ Savings | | |
| | ► d Account number _____ | | |
| | 69 Amount of line 67 you want **applied to your 2002 estimated tax** ► 69 | | |
| **Amount You Owe** | 70 **Amount you owe.** Subtract line 66 from line 58. For details on how to pay, see instructions ► | 70 | 15,558. |
| | 71 Estimated tax penalty. Also include on line 70 ........ 71 | 507. | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)?.... ☒ Yes. Complete the following. ☐ No | | |
| | Designee's Name ► Preparer    Phone No. ►    Personal Identification Number (PIN) ► | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your Signature ► [signed]    Date 10-16-02    Your Occupation TECH TRAINER    Daytime Phone Number | | |
| | Spouse's Signature. If a Joint Return, Both Must Sign. ► [signed]    Date 12/16/02    Spouse's Occupation STUDENT | | |
| **Paid Preparer's Use Only** | Preparer's Signature ► GREG BLUM CPA    Date 10/15/02    Check if self-employed ☐    Preparer's SSN or PTIN 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 | | |
| | Firm's Name (or yours if self-employed), Address, and ZIP Code ► BLUM & TRIPP    480 LYTTON AVE # 4    PALO ALTO    CA 94301    EIN 94-2450826    Phone No. | | |

Form 1040 (2001)

Form **2688**
Department of the Treasury
Internal Revenue Service

## Application for Additional Extension of Time To File U.S. Individual Income Tax Return

► See instructions.
► You must complete all items that apply to you.

OMB No. 1545-0066

**2001**

| Please type or print. | Your first name and initial | Last name |
|---|---|---|
| | HENDY | LUND |
| | If a joint return, spouse's first name and initial | Last name |
| File by the due date for filing your return. | Home address (number and street) |
| | C/O BLUM & TRIPP, 480 LYTTON AVE. #4 |
| | City, town or post office, state, and ZIP code |
| | PALO ALTO, CA  94301 |

Please fill in the Return Label at the bottom of this page.

1. I request an extension of time until ___OCTOBER 15, 2002___, to file Form 1040EZ, Form 1040A, Form 1040, Form 1040NR-EZ, or Form 1040NR for the calendar year 2001, or other tax year ending _____

2. Explain why you need an extension. You must give an adequate explanation ► AWAITING ADDITIONAL INFORMATION TO COMPLETE THE 2001 TAX RETURN. THE MISSING INFORMATION IS A K-1 FROM A PARTNERSHIP, TRUST OR A FORM 1099 INDICATING DIVIDENDS, INTEREST, OR OTHER INFORMATION. THE DATA IS EXPECTED WITIN 60 DAYS. ONCE THIS IS AVAILABLE AN ACCURATE TAX RETURN WILL BE FILED

3. Have you filed Form 4868 to request an automatic extension of time to file for this tax year? ........... [X] Yes  [ ] No
If you checked "No," we will grant your extension only for undue hardship. Fully explain the hardship in item 2. Attach any information you have that helps explain the hardship.

If you expect to file a gift or generation-skipping transfer (GST) tax return, complete line 4.

4. If you or your spouse plan to file a gift or GST tax return (Form 709 or 709-A) for 2001, generally due by April 15, 2002, see the instructions and check here ............................... Yourself ... ► [ ]   Spouse .... ► [ ]

### Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and, if prepared by someone other than the taxpayer, that I am authorized to prepare this form.

Signature of taxpayer ► _____  Date ► _____

Signature of spouse ► _____  Date ► _____
(If filing jointly, both must sign even if only one had income.)

Signature of preparer other than taxpayer ► *Eric G. Blum, CPA*  Date ► 8/9/02

Please fill in the Return Label below with your name, address, and social security number. The IRS will complete the Notice to Applicant and return it to you. If you want it sent to another address or to an agent acting for you, enter the other address and add the agent's name.

---

**EXTENSION TO FILE APPROVED** (Do not detach)

**Notice to Applicant — To Be Completed by the IRS**

[ ] We have approved your application.
[ ] We have not approved your application. However, we have granted a 10-day grace period to ___ELLEN MCKAY___. This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return.
[ ] We have not approved your application. After considering the information you provided in item 2 above, we cannot grant your request for an extension of time to file. We are not granting a 10-day grace period.
[ ] We cannot consider your application because it was filed after the due date of your return.
[ ] Other _____

(stamp: ELLEN MCKAY, DIRECTOR / FRESNO SUBMISSION / PROCESSING CENTER)

Director _____   Date _____

**Return Label (Please type or print)**

| Taxpayer's name (and agent's name, if applicable). If a joint return, also give spouse's name | | Taxpayer's social security number |
|---|---|---|
| BLUM & TRIPP | | 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 |
| Number and street (include suite, room, or apt. no.) or P.O. box number | | Spouse's social security number |
| 480 LYTTON AVE. #4 | | 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 |
| City, town or post office, state, and ZIP code | | Agents: Always include taxpayer's name on Return Label. |
| PALO ALTO, CA  94301 | | |

For Privacy Act and Paperwork Reduction Act Notice, see back of form.

STF FED4629F

Form **2688** (2001)

3

| Form **4868** | Application for Automatic Extension of Time To File U.S. Individual Income Tax Return | OMB No. 1545-0188 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | **2001** |



**It's Convenient, Safe, and Secure**

IRS *e-file* is the IRS's electronic filing program. Now you can get an automatic extension of time to file your tax return by filing Form 4868 electronically by April 15, 2002. You will receive an electronic acknowledgment or confirmation number once you complete the transaction. Keep it with your records. Do not send in Form 4868 if you file electronically.

Complete Form 4868 to use as a worksheet. If you think you may owe tax when you file your return, you will need to estimate your total tax liability and subtract how much you have already paid (lines 4, 5, and 6 below).

If you think you may owe tax and wish to make a payment, you may pay by electronic funds withdrawal (direct debit) using option 1 or 2 below or you may pay by credit card using option 3.

**1**  ***E-file* by Phone — March 1 - April 15**
Call toll free 1-888-796-1074

Anyone who filed a tax return last year can file Form 4868 by phone. The telephone system will accept extensions any time from March 1 through April 15, 2002, and your extension will be good through August 15, 2002. Filing by telephone is advantageous because you get a confirmation number.

If you wish to make a payment by electronic funds withdrawal (direct debit), you will be asked for last year's adjusted gross income (AGI). AGI is located on line 33 of your 2000 Form 1040, line 19 of your 1040A, line 4 of your 1040EZ, or line I of your 2000 TeleFile Tax Record. If you choose, you may also file your extension by phone and mail a paper check to the address shown in the middle column on page 4.

**2** ***E-file* Using Your Personal Computer or Through a Tax Professional**

Refer to your tax software package or tax preparer for ways to file electronically. Be sure to have a copy of last year's tax return — you will be asked to provide information from the return for taxpayer verification. If you wish to make a payment, you can pay by electronic funds withdrawal (see page 4) or send your check to the address shown on page 4.

**3** ***E-file* and Pay by Credit Card**

You can get an extension if you pay part or all of your estimate of income tax due by using a credit card (American Express® Card, Discover® Card or MasterCard® card). Your payment must be at least $1. You may pay by phone or over the Internet through one of the service providers listed below.

Each service provider will charge a convenience fee based on the amount of the tax payment you are making. Fees may vary between service providers. You will be told what the fee is during the transaction and will have the option to continue or cancel the transaction. You may also obtain the convenience fee by calling the service providers' automated customer service numbers or visiting their Web Sites. All calls are toll free. Do not add the convenience fee to your tax payment.

| PhoneCharge, Inc. | Official Payments Corporation |
|---|---|
| 1-888-ALLTAXX | 1-800-2PAY-TAX |
| (1-888-255-8299) | (1-800-272-9829) |
| 1-877-851-9964 (Customer Service) | 1-877-754-4413 (Customer Service) |
| www.1888ALLTAXX.com | www.officialpayments.com |

**Form 709 or 709-A.** Although an extension of time to file your income tax return also extends the time to file Form 709 or 709-A, you cannot make payments of the gift or GST tax with a credit card. To make a payment of the gift or GST tax, send a check or money order to the service center where the donor's income tax return will be filed. Enter "2001 Form 709" and the donor's name and social security number on the payment.

 **File a Paper Form 4868**

If you wish to file on paper instead of electronically, fill in the Form 4868 below and mail it to the address shown on page 4.

STF FED5325F.1

---

▼ DETACH HERE ▼  7001 1940 0005 3812 7525

| Form **4868** | Application for Automatic Extension of Time To File U.S. Individual Income Tax Return | OMB No. 1545-0188 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | For calendar year 2001, or other tax year beginning _____, 2001, ending _____, _____ | **2001** |

**Part I  Identification**

**1** Your name(s) (see instructions)
LUND, HENDY & DANIEL PIERCE

Address (see instructions)
C/O BLUM & TRIPP, 480 LYTTON AVE., #4

City, town or post office, state, and ZIP code
PALO ALTO, CA 94301

**2** You[redacted]r    **3** Spo[redacted]nber

**Part II  Complete ONLY If Filing Gift/GST Tax Return**

**Caution:** *Only for gift/GST tax extension! Checking box(es) may result in correspondence if Form 709 or 709-A is not filed.*

This form also extends the time for filing a gift or generation-skipping transfer (GST) tax return if you file a calendar (not fiscal) year income tax return. Enter your gift or GST tax payment(s) in Part IV and:

Check this box ▶ ☐ if you are requesting a Gift or GST tax return extension.
Check this box ▶ ☐ if your spouse is requesting a Gift or GST tax return extension.

**Part III  Individual Income Tax**

| 4 Estimate of total tax liability for 2001 .. $ | ∅ |
|---|---|
| 5 Total 2001 payments ............... | |
| 6 Balance due. Subtract 5 from 4 ...... | ∅ |

**Part IV  Gift/GST Tax** — If you are **not** filing a gift or GST tax return, go to Part V now. See the instructions.

| 7 Your gift or GST tax payment ........ $ | |
|---|---|
| 8 Your spouse's gift/GST tax payment .. | |

**Part V  Total**

| 9 Total liability. Add lines 6, 7, and 8 ... $ | |
|---|---|
| 10 Amount you are paying ........... ▶ | ∅ |

**Confirmation Number**

If you file electronically, you will receive a confirmation number telling you that your Form 4868 has been accepted. Enter the confirmation number here and keep it for your records ........... ▶

For Privacy Act and Paperwork Reduction Act Notice, see page 4.    ISA    **4**    Form **4868** (2001)

| Schedule A (Form 1040) | | Itemized Deductions | | | OMB No. 1545-0074 2001 07 |
|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service (99)

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

Name(s) Shown on Form 1040: HENDY J LUND & DANIEL S PIERCE

Your Social Security Number: [redacted]

**Medical and Dental Expenses**

Caution. Do not include expenses reimbursed or paid by others.
1. Medical and dental expenses (see instructions) .....
2. Enter amount from Form 1040, line 34 ..... | 2 |
3. Multiply line 2 above by 7.5% (.075) .....
4. Subtract line 3 from line 1. If line 3 is more than line 1, enter -0-..... | 4 |

**Taxes You Paid** (See instructions.)

5. State and local income taxes ..... | 5 | 326,943.
6. Real estate taxes (see instructions) ..... | 6 | 5,033.
7. Personal property taxes ..... | 7 |
8. Other taxes. List type and amount ► _____ | 8 |
9. Add lines 5 through 8 ..... | 9 | 331,976.

**Interest You Paid** (See instructions.)

**Note.** Personal interest is not deductible.

10. Home mtg interest and points reported to you on Form 1098 ..... | 10 | 29,589.
11. Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► _____ | 11 |
12. Points not reported to you on Form 1098. See instrs for spcl rules ..... | 12 |
13. Investment interest. Attach Form 4952 if required. (See instrs.) ..... | 13 |
14. Add lines 10 through 13 ..... | 14 | 29,589.

**Gifts to Charity**

If you made a gift and got a benefit for it, see instructions.

15. Gifts by cash or check. If you made any gift of $250 or more, see instructions ..... | 15 |
16. Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 ..... | 16 | 850.
17. Carryover from prior year ..... | 17 |
18. Add lines 15 through 17 ..... | 18 | 850.

**Casualty and Theft Losses**

19. Casualty or theft loss(es). Attach Form 4684. (See instructions.) ..... | 19 |

**Job Expenses and Most Other Miscellaneous Deductions** (See instructions for expenses to deduct here.)

20. Unreimbursed employee expenses — job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See instructions.) ► _____ | 20 |
21. Tax preparation fees ..... | 21 |
22. Other expenses — investment, safe deposit box, etc. List type and amount ► _____ | 22 |
23. Add lines 20 through 22 ..... | 23 |
24. Enter amount from Form 1040, line 34 ..... | 24 |
25. Multiply line 24 above by 2% (.02) ..... | 25 |
26. Subtract line 25 from line 23. If line 25 is more than line 23, enter -0-..... | 26 |

**Other Miscellaneous Deductions**

27. Other — from list in the instructions. List type and amount ► _____ | 27 |

**Total Itemized Deductions**

28. Is Form 1040, line 34, over $132,950 (over $66,475 if MFS)?
   [ ] No. Your deduction is not limited. Add the amts in the far right col for lines 4 through 27. Also, enter this amt on Form 1040, line 36.
   [X] Yes. Your deduction may be limited. See instructions for the amount to enter. | 28 | 359,555.

Itemized Deductions Limited per IRC Sec. 68.

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.   FDIA0301  01/07/02   Schedule A (Form 1040) 2001

Schedule A & B (Form 1040) 2001　　　　　　　　　　　　　　　　　OMB No. 1545-0074　　Page **2**

Name(s) Shown on Form 1040.　　　　　　　　　　　　　　　　　　Your Social Security Number

HENDY J LUND & DANIEL S PIERCE

## Schedule B — Interest and Ordinary Dividends

08

**Part I Interest**

(See instructions for Form 1040, line 8a.)

1. List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ...

| Payer | Amount |
|---|---:|
| GREENPOINT | 22. |
| RBMG | 14. |
| SOLOMON SMITH BARNEY | 200. |
| DATEK | 47. |

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

2. Add the amounts on line 1 ......................... **2** | 283.
3. Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815 ........... **3** |
4. Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ........ ▶ **4** | 283.

Note. If line 4 is over $400, you must complete Part III.

**Part II Ordinary Dividends**

(See instructions for Form 1040, line 9.)

5. List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13 ..... ▶

| Payer | Amount |
|---|---:|
| MORGAN STANLEY | 13,412. |
| P & G SERVICES | 6. |
| PAINE WEBBER | 18. |
| MORGAN STANLEY | 1,050. |
| MORGAN STANLEY | 48. |

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

6. Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ........ ▶ **6** | 14,534.

Note. If line 6 is over $400, you must complete Part III.

**Part III Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you **(a)** had over $400 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.　　Yes | No

7a At any time during 2001, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 ................... | | X

b If 'Yes,' enter the name of the foreign country . ▶

8 During 2001, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions .................. | | X

BAA   For Paperwork Reduction Act Notice, see Form 1040 instructions.   FDIA0401   10/01/01   Schedule B (Form 1040) 2001

| Schedule C-EZ (Form 1040) | Net Profit from Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Partnerships, joint ventures, etc, must file Form 1065 or 1065-B.<br>► Attach to Form 1040 or 1041. ► See instructions. | **2001**<br>09A |

| Name of Proprietor | Social Security Number (SSN) |
|---|---|
| HENDY J LUND | |

**Part I** General Information

**You May Use Schedule C-EZ Instead of Schedule C Only if You:**
- Had business expenses of $2,500 or less.
- Use the cash method of accounting.
- Did not have an inventory at any time during the year.
- Did not have a net loss from your business.
- Had only one business as a sole proprietor.

**And You:**
- Had no employees during the year.
- Are not required to file **Form 4562**, Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, to find out if you must file.
- Do not deduct expenses for business use of your home.
- Do not have prior year unallowed passive activity losses from this business.

| A | Principal business or profession, including product or service<br>CONSULTING | B | Enter code from instructions<br>► 651000 |
|---|---|---|---|
| C | Business name. If no separate business name, leave blank.<br>SAME | D | Employer ID number (EIN), if any |
| E | Business address (including suite or room number). Address not required if same as on Form 1040, page 1.<br>SAME | | |
| | City, town or post office, state, and ZIP code<br>SAME | | |

**Part II** Figure Your Net Profit

| | | | |
|---|---|---|---:|
| 1 | Gross receipts. **Caution.** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see **Statutory Employees** in the instructions for Schedule C, line 1, and check here ► ☐ | 1 | 1,610. |
| 2 | Total expenses. If more than $2,500, you **must** use Schedule C. See instructions | 2 | 1,320. |
| 3 | Net profit. Subtract line 2 from line 1. If less than zero, you **must** use Schedule C. Enter on **Form 1040, line 12**, and **also** on **Schedule SE, line 2**. (Statutory employees **do not** report this amount on Schedule SE, line 2. Estates and trusts, enter on Form 1041, line 3.) | 3 | 290. |

**Part III** Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 2.

4 When did you place your vehicle in service for business purposes? (month, day, year) ► _ _ _ _ _ _ _ _ _ _ _ .

5 Of the total number of miles you drove your vehicle during 2001, enter the number of miles you used your vehicle for:

    **a** Business _ _ _ _ _ _ _ _ _ _    **b** Commuting _ _ _ _ _ _ _ _ _ _    **c** Other _ _ _ _ _ _ _ _ _ _

6 Do you (or your spouse) have another vehicle available for personal use? ............................ ☐ Yes  ☐ No

7 Was your vehicle available for personal use during off-duty hours? ............................ ☐ Yes  ☐ No

8a Do you have evidence to support your deduction? ............................ ☐ Yes  ☐ No

   b If 'Yes,' is the evidence written? ............................ ☐ Yes  ☐ No

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule **C-EZ** (Form 1040) 2001

FDIA8301  10/30/01

7

| Schedule D (Form 1040) | | Capital Gains and Losses | | | | OMB No. 1545-0074 **2001** 12 |
|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► Attach to Form 1040.   ► See instructions for Schedule D (Form 1040). ► Use Schedule D-1 to list additional transactions for lines 1 and 8. | | | | |

Name(s) Shown on Form 1040: HENDY J LUND & DANIEL S PIERCE

Your Social Security Number: [redacted]

### Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) | |
|---|---|---|---|---|---|---|
| 1  500 xerox | 08/22/01 | 08/22/01 | 4,290. | 4,310. | -20. | |
| 500 RAMBUS | 08/24/01 | 08/24/01 | 2,715. | 2,685. | 30. | |
| 1000 HANDSPRING | 08/31/01 | 08/31/01 | 2,890. | 2,960. | -70. | |
| 3000 CENTILLIUM | 05/30/00 | 04/10/01 | 98,405. | 82,140. | 16,265. | |
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 | | 2 | 9,965. | | -18,901. | |
| 3 Total short-term sales price amounts. Add lines 1 and 2 in column (d) | | 3 | 118,265. | | | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 4 | | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 5 | | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 2000 Capital Loss Carryover Worksheet | | | | 6 | | |
| 7 Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) | | | | 7 | ( -2,696. ) | |

### Part II — Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) | (g) 28% rate gain or (loss) * (see instructions below) |
|---|---|---|---|---|---|---|
| 8  1200 CISCO | 01/01/96 | 04/10/01 | 19,101. | 3,479. | 15,622. | |
| 3000 PROCTOR GAMBLE | 05/29/98 | 04/10/95 | 175,822. | 78,000. | 97,822. | |
| | | | | | | |
| | | | | | | |
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 | | 9 | | | | |
| 10 Total long-term sales price amounts. Add lines 8 and 9 in column (d) | | 10 | 194,923. | | | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 11 | | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 12 | | |
| 13 Capital gain distributions. See instrs | | | | 13 | | |
| 14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 2000 Capital Loss Carryover Worksheet | | | | 14 | | |
| 15 Combine lines 8 through 14 in column (g) | | | | 15 | | |
| 16 Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f) | | | | 16 | 113,444. | |

Next: Go to Part III on page 2.

* **28% rate gain or loss** includes **all** 'collectibles gains and losses' (as defined in the instructions) and up to 50% of the eligible gain on qualified small business stock (see instructions).

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.                           Schedule D (Form 1040) 2001

FDIA0612   10/30/01

Schedule D (Form 1040) 2001   HENDY J LUND & DANIEL S PIERCE                                                              Page **2**

### Part III — Taxable Gain or Deductible Loss

**17** Combine lines 7 and 16 and enter the result. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13, and complete Form 1040 through line 39.............................................................. | **17** | 110,748.

  Next: • If both lines 16 and 17 are gains **and** Form 1040, line 39, is more than zero, complete Part IV below.
  • Otherwise, skip the rest of Schedule D and complete Form 1040.

**18** If line 17 is a loss, enter here and on Form 1040, line 13, the **smaller** of **(a)** that loss or **(b)** ($3,000) (or, if married filing separately, ($1,500)). Then complete Form 1040 through line 37............................ | **18** |

  Next: • If the loss on line 17 is more than the loss on line 18 **or** if Form 1040, line 37, is less than zero, skip **Part IV** below and complete the **Capital Loss Carryover Worksheet** in the instructions before completing the rest of Form 1040.
  • Otherwise, skip **Part IV** below and complete the rest of Form 1040.

### Part IV — Tax Computation Using Maximum Capital Gains Rates

**19** Enter your unrecaptured Section 1250 gain, if any, from line 17 of the worksheet in the instructions... | **19** |

If line 15 or line 19 is more than zero, complete the worksheet in the instructions to figure the amount to enter on lines 22, 29, and 40 below, and skip all other lines below. Otherwise, go to line 20.

**20** Enter your taxable income from Form 1040, line 39............................. | **20** |
**21** Enter the **smaller** of line 16 or line 17 of Schedule D......... | **21** |
**22** If you are deducting investment interest expense on Form 4952, enter the amount from Form 4952, line 4e. Otherwise, enter -0-.................... | **22** |
**23** Subtract line 22 from line 21. If zero or less, enter -0-......................... | **23** |
**24** Subtract line 23 from line 20. If zero or less, enter -0-......................... | **24** |
**25** Figure the tax on the amount on line 24. Use the Tax Table or Tax Rate Schedules, whichever applies........ | **25** |
**26** Enter the **smaller** of:
  • The amount on line 20 **or**
  • $45,200 if married filing jointly or qualifying widow(er);
    $27,050 if single;
    $36,250 if head of household; or
    $22,600 if married filing separately | **26** |

If line 26 is greater than line 24, go to line 27. Otherwise, skip lines 27 through 33 and go to line 34.

**27** Enter the amount from line 24............................................. | **27** |
**28** Subtract line 27 from line 26. If zero or less, enter -0- and go to line 34........ | **28** |
**29** Enter your qualified 5-year gain, if any, from line 7 of the worksheet in the instructions............... | **29** |
**30** Enter the **smaller** of line 28 or line 29........................................ | **30** |
**31** Multiply line 30 by 8% (.08)............................................................ | **31** |
**32** Subtract line 30 from line 28............................................ | **32** |
**33** Multiply line 32 by 10% (.10)............................................................ | **33** |

If the amounts on lines 23 and 28 are the same, skip lines 34 through 37 and go to line 38.

**34** Enter the **smaller** of line 20 or line 23...................................... | **34** |
**35** Enter the amount from line 28 (if line 28 is blank, enter -0-).................. | **35** |
**36** Subtract line 35 from line 34............................................... | **36** |
**37** Multiply line 36 by 20% (.20)............................................................ | **37** |
**38** Add lines 25, 31, 33, and 37............................................................. | **38** |
**39** Figure the tax on the amount on line 20. Use the Tax Table or Tax Rate Schedules, whichever applies....... | **39** |
**40** **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 38 or line 39 here and on Form 1040, line 40........................................................... | **40** |

BAA                                                                                                      Schedule **D** (Form 1040) 2001

FDIA0612  10/29/01

**Schedule D-1**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service (99)

**Continuation Sheet for Schedule D (Form 1040)**
► See instructions for Schedule D (Form 1040).
► Attach to Schedule D to list additional transactions for lines 1 and 8.

OMB No. 1545-0074
**2001**
12A

Name(s) Shown on Form 1040: HENDY J LUND & DANIEL S PIERCE

**Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less**

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss). Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1  4300 MICRO COMPONENTS | 08/16/00 | 04/10/01 | 9,952. | 28,853. | -18,901. |
| AMERICAN CENT FUND | 05/29/01 | 05/29/01 | 13. | 13. | 0. |

**2 Totals.** Combine columns (d) and (f). Enter here and on Schedule D, line 2 ► 2    9,965.    -18,901.

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0656 11/01/01    Schedule D-1 (Form 1040) 2001

| Form **6251** | | Alternative Minimum Tax — Individuals | OMB No. 1545-0227 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | | ► See separate instructions.<br>► Attach to Form 1040 or Form 1040NR. | **2001**<br>32 |

Name(s) Shown on Form 1040: HENDY J LUND & DANIEL S PIERCE     Your Social Security Number

### Part I — Alternative Minimum Taxable Income

| # | Description | | Amount |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 36, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the **smaller** of Schedule A (Form 1040), line 4 **or** 2-1/2% of Form 1040, line 34 | 2 | 0. |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 331,976. |
| 4 | Certain interest on a home mortgage **not** used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21. **Enter amount as negative** | 6 | |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | 11 | |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | 12 | |
| 13 | Tax-exempt interest income from private activity bonds issued after August 7, 1986 | 13 | |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | | |
| | a Circulation expenditures....  i Mining costs | | |
| | b Depletion...............  j Patron's adjustment | | |
| | c Depreciation (pre-1987)....  k Pollution control facilities | | |
| | d Installment sales..........  l Research & experimental | | |
| | e Intangible drilling costs.....  m Section 1202 exclusion | | |
| | f Large partnerships.........  n Tax shelter farm activities | | |
| | g Long-term contracts.......  o Related adjustments | | |
| | h Loss limitations | 14 | |
| 15 | Total adjustments and preferences. Combine lines 1 through 14 ........ 15 | 331,976. | |
| 16 | Enter the amount from Form 1040, line 37. If less than zero, enter as a (loss) ... 16 | -131,286. | |
| 17 | Enter as a positive amount any net operating loss deduction from Form 1040, line 21 ........................ 17 | | |
| 18 | If Form 1040, line 34, is over $132,950 (over $66,475 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28. **Enter amount as negative** ........ 18 | -2,860. | |
| 19 | Combine lines 15 through 18 | 19 | 197,830. |
| 20 | Alternative tax net operating loss deduction (see instructions) | 20 | |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $173,000, see instructions.) | 21 | 197,830. |

### Part II — Alternative Minimum Tax

22 Exemption amount. (If this form is for a child under age 14, see instructions.)

| If your filing status is... | And line 21 is not over... | Then enter on line 22... | | |
|---|---|---|---|---|
| Single or head of household | $112,500 | $35,750 | | |
| Married filing jointly or qualifying widow(er) | 150,000 | 49,000 | 22 | 37,042. |
| Married filing separately | 75,000 | 24,500 | | |

If line 21 is **over** the amount shown above for your filing status, see instructions.

| | | | |
|---|---|---|---|
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 and stop here | 23 | 160,788. |
| 24 | Go to Part III of Form 6251 to figure line 24 if you reported capital gain distributions directly on Form 1040, line 13, **or** you had a gain on both lines 16 and 17 of Schedule D (Form 1040) (as refigured for the AMT, if necessary). **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 24 | 35,160. |
| 25 | Alternative minimum tax foreign tax credit (see instructions) | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 | 26 | 35,160. |
| 27 | Enter your tax from Form 1040, line 40 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 43) | 27 | 0. |
| 28 | **Alternative minimum tax.** Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 41 | 28 | 35,160. |

BAA  For Paperwork Reduction Act Notice, see separate instructions.                                          Form 6251 (2001)

FDIA5312  11/06/01

Form 6251 (2001)   HENDY J LUND & DANIEL S PIERCE                                                  Page 2

**Part III  Line 24 Computation Using Maximum Capital Gains Rates**

**Caution:** *If you **did not** complete Part IV of Schedule D (Form 1040), see the instructions before you complete this part.*

| # | Description | | Amount |
|---|---|---|---:|
| 29 | Enter the amount from Form 6251, line 23 | 29 | 160,788. |
| 30 | Enter the amount from Schedule D (Form 1040), line 23, or line 9 of the Schedule D tax worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see instructions) | 30 | 110,748. |
| 31 | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions) | 31 | 0. |
| 32 | Add lines 30 and 31 | 32 | 110,748. |
| 33 | Enter the amount from Schedule D (Form 1040), line 23, or line 4 of the Schedule D tax worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see instructions) | 33 | 110,748. |
| 34 | Enter the **smaller** of line 32 or line 33 | 34 | 110,748. |
| 35 | Subtract line 34 from line 29. If zero or less, enter -0- | 35 | 50,040. |
| 36 | If line 35 is $175,000 or less ($87,500 or less if married filing separately), multiply line 35 by 26% (.26). Otherwise, multiply line 35 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 36 | 13,010. |
| 37 | Enter the amount from Schedule D (Form 1040), line 28, or line 16 of the Schedule D tax worksheet in the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax) (see instructions) | 37 | |
| 38 | Enter the **smallest** of line 29, line 30, or line 37. If zero, go to line 44 | 38 | 0. |
| 39 | Enter your qualified 5-year gain, if any, from Schedule D (Form 1040), line 29 (as refigured for the AMT, if necessary) (see instructions) 39 | 15,622. | |
| 40 | Enter the **smaller** of line 38 or line 39 | 40 | 0. |
| 41 | Multiply line 40 by 8% (.08) | 41 | 0. |
| 42 | Subtract line 40 from line 38 | 42 | 0. |
| 43 | Multiply line 42 by 10% (.10) | 43 | 0. |
| 44 | Enter the **smaller** of line 29 or line 30 | 44 | 110,748. |
| 45 | Enter the amount from line 38 | 45 | 0. |
| 46 | Subtract line 45 from line 44 | 46 | 110,748. |
| 47 | Multiply line 46 by 20% (.20) | 47 | 22,150. |

**If line 31 is zero or blank, skip lines 48 through 51 and go to line 52. Otherwise, go to line 48.**

| # | Description | | Amount |
|---|---|---|---:|
| 48 | Enter the amount from line 29 | 48 | |
| 49 | Add lines 35, 38, and 46 | 49 | |
| 50 | Subtract line 49 from line 48 | 50 | |
| 51 | Multiply line 50 by 25% (.25) | 51 | |
| 52 | Add lines 36, 41, 43, 47, and 51 | 52 | 35,160. |
| 53 | If line 29 is $175,000 or less ($87,500 or less if married filing separately), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 53 | 41,805. |
| 54 | Enter the **smaller** of line 52 or line 53 here and on line 24 | 54 | 35,160. |

Form 6251 (2001)

FDIA5312  11/06/01

12

Form **8283**
(Rev October 1998)
Department of the Treasury
Internal Revenue Service

**Noncash Charitable Contributions**
▶ Attach to your tax return if you claimed a total deduction of over $500 for all contributed property.
▶ See separate instructions.

OMB No. 1545-0908

55

Name(s) Shown on Your Income Tax Return: HENDY J LUND & DANIEL S PIERCE

Identifying Number

Note: *Figure the amount of your contribution deduction before completing this form. See your tax return instructions.*

**Section A** — List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is over $5,000 (see instructions).

**Part I — Information on Donated Property** — If you need more space, attach a statement.

| | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | GOODWILL SANTA CLARA/SANTA CRUZ COUNTY | CLOTHES, HOUSEHOLD ITEMS, MERCHANDISE |
| B | | |
| C | | |
| D | | |
| E | | |

Note: *If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).*

| | (c) Date of the contribution | (d) Date acquired by donor (mo, yr) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 05/29/2001 | 06/1999 | PURCHASE | 5,000. | 850. | ESTIMATE |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

**Part II — Other Information** — Complete line 2 if you gave less than an entire interest in property listed in Part I. Complete line 3 if conditions were attached to a contribution listed in Part I.

2  If, during the year, you contributed less than the entire interest in the property, complete lines a - e.
  **a** Enter the letter from Part I that identifies the property ▶ _____ . If Part II applies to more than one property, attach a separate statement.
  **b** Total amount claimed as a deduction for the property listed in Part I: (1) For this tax year .................... ▶
  (2) For any prior tax years ............. ▶
  **c** Name and address of each organization to which any such contribution was made in a prior year (complete only if different than the donee organization above):

  Name of Charitable Organization (donee)

  Address (number, street, and room or suite no.)

  City or Town                                                                                                    State   ZIP Code

  **d** For tangible property, enter the place where the property is located or kept ▶
  **e** Name of any person, other than donee organization, having actual possession of the property ▶

3 If conditions were attached to any contribution listed in Part I, answer questions a - c and attach the required statement (see instructions):

| | | Yes | No |
|---|---|---|---|
| **a** | Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property?......... | | |
| **b** | Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire?................................................. | | |
| **c** | Is there a restriction limiting the donated property for a particular use?................................. | | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.      FDIZ1812   12/03/01      Form **8283** (Rev 10-98)

13

| Form **8801** | **Credit for Prior Year Minimum Tax —** | OMB No. 1545-1073 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (00) | **Individuals, Estates, and Trusts** ▶ Attach to your tax return. | **2001** 74 |

Name(s) Shown on Return: HENDY J LUND & DANIEL S PIERCE

Identifying Number: [redacted]

### Part I — Net Minimum Tax on Exclusion Items

| | | |
|---|---|---:|
| 1 | Combine lines 16 through 18 of your 2000 Form 6251. Estates and trusts, see instructions | 1,848,593. |
| 2 | Enter adjustments and preferences treated as exclusion items (see instructions) | 7,350. |
| 3 | Minimum tax credit net operating loss deduction (see instructions) | |
| 4 | Combine lines 1, 2, and 3. If zero or less, enter -0- here and on line 15 and go to Part II. If more than $165,000 and you were married filing separately for 2000, see instructions | 1,855,943. |
| 5 | Enter: $45,000 if married filing jointly or qualifying widow(er) for 2000; $33,750 if single or head of household for 2000; or $22,500 if married filing separately for 2000. Estates and trusts, enter $22,500 | 45,000. |
| 6 | Enter: $150,000 if married filing jointly or qualifying widow(er) for 2000; $112,500 if single or head of household for 2000; or $75,000 if married filing separately for 2000. Estates and trusts, enter $75,000 | 150,000. |
| 7 | Subtract line 6 from line 4. If zero or less, enter -0- here and on line 8 and go to line 9 | 1,705,943. |
| 8 | Multiply line 7 by 25% (.25) | 426,486. |
| 9 | Subtract line 8 from line 5. If zero or less, enter -0-. If this form is for a child under age 14, see instructions | 0. |
| 10 | Subtract line 9 from line 4. If zero or less, enter -0- here and on line 15 and go to Part II. Form 1040NR filers, see instructions | 1,855,943. |
| 11 | If for 2000 you reported capital gain distributions directly on Form 1040, line 13, or completed Schedule D (Form 1040 or 1041) and had an amount on line 25 or line 27 of Schedule D (Form 1040) (line 24 or line 26 of Schedule D (Form 1041)) or would have had an amount on either of those lines had you completed them, go to Part III of Form 8801 to figure the amount to enter on this line. All others: Multiply line 10 by 26% (.26) if line 10 is: $175,000 or less if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 2000; or $87,500 or less if married filing separately for 2000. Otherwise, multiply line 10 by 28% (.28) and subtract from the result: $3,500 if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 2000; or $1,750 if married filing separately for 2000 | 503,814. |
| 12 | Minimum tax foreign tax credit on exclusion items (see instructions) | |
| 13 | Tentative minimum tax on exclusion items. Subtract line 12 from line 11 | 503,814. |
| 14 | Enter the amount from your 2000 Form 6251, line 27, or Form 1041, Schedule I, line 38 | 674,453. |
| 15 | **Net minimum tax on exclusion items.** Subtract line 14 from line 13. If zero or less, enter -0- | 0. |

### Part II — Minimum Tax Credit and Carryforward to 2002

| | | |
|---|---|---:|
| 16 | Enter the amount from your 2000 Form 6251, line 28, or 2000 Form 1041, Schedule I, line 39 | 620,213. |
| 17 | Enter the amount from line 15 above | 0. |
| 18 | Subtract line 17 from line 16. If less than zero, enter as a negative amount | 620,213. |
| 19 | 2000 minimum tax credit carryforward. Enter the amount from your 2000 Form 8801, line 26 | |
| 20 | Enter the total of your 2000 unallowed nonconventional source fuel credit and 2000 unallowed qualified electric vehicle credit (see instructions) | |
| 21 | Combine lines 18, 19, and 20. If zero or less, **stop here** and see instructions | 620,213. |
| 22 | Enter your 2001 regular income tax liability minus allowable credits (see instructions) | 0. |
| 23 | Enter the amount from your 2001 Form 6251, line 26, or 2001 Form 1041, Schedule I, line 37 | 35,160. |
| 24 | Subtract line 23 from line 22. If zero or less, enter -0- | 0. |
| 25 | **Minimum tax credit.** Enter the **smaller** of line 21 or line 24. Also enter this amount on your 2001 Form 1040, line 50; Form 1040NR, line 46; or Form 1041, Schedule G, line 2d | 0. |
| 26 | **Minimum tax credit carryforward to 2002.** Subtract line 25 from line 21. Keep a record of this amount because you may use it in future years | 620,213. |

BAA For Paperwork Reduction Act Notice, see separate instructions.   Form 8801 (2001)

Form 8801 (2001) HENDY J LUND & DANIEL S PIERCE    Page **2**

### Part III — Line 11 Computation Using Maximum Capital Gains Rates

**Caution:** *If you did not complete Schedule D (Form 1040) for 2000 because you reported capital gain distributions directly on Form 1040, line 13, see the instructions before you complete this part. If you are an individual and you did not complete Part IV of your 2000 Schedule D (Form 1040), complete lines 20 through 27 of that Schedule D before completing this part. For an estate or trust that did not complete Part V of the 2000 Schedule D (Form 1041), complete lines 19 through 26 of that Schedule D before completing this part.*

| Line | Description | | Amount |
|---|---|---|---|
| 27 | Enter the amount from line 10 | | 1,855,943. |
| 28 | Enter the amount from your 2000 Schedule D (Form 1040), line 27 (or 2000 Schedule D (Form 1041), line 26) | 154,378. | |
| 29 | Enter the amount from your 2000 Schedule D (Form 1040), line 25 (or 2000 Schedule D (Form 1041), line 24) | | |
| 30 | Add lines 28 and 29 | 154,378. | |
| 31 | Enter the amount from your 2000 Schedule D (Form 1040), line 22 (or 2000 Schedule D (Form 1041), line 21) | 154,378. | |
| 32 | Enter the **smaller** of line 30 or line 31 | | 154,378. |
| 33 | Subtract line 32 from line 27. If zero or less, enter -0- | | 1,701,565. |
| 34 | Multiply line 33 by 26% (.26) if line 33 is: $175,000 or less if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 2000; or $87,500 or less if married filing separately for 2000. **Otherwise**, multiply line 33 by 28% (.28) and subtract from the result: $3,500 if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 2000; or $1,750 if married filing separately for 2000 | | 472,938. |
| 35 | Enter the amount from your 2000 Schedule D (Form 1040), line 36 (or 2000 Schedule D (Form 1041), line 35). If you did not complete Part IV of your 2000 Schedule D (Form 1040) (Part V of the 2000 Schedule D (Form 1041) for an estate or trust), enter -0- | | |
| 36 | Enter the **smallest** of line 27, line 28, or line 35 | 0. | |
| 37 | Multiply line 36 by 10% (.10) | | 0. |
| 38 | Enter the **smaller** of line 27 or line 28 | 154,378. | |
| 39 | Enter the amount from line 36 | 0. | |
| 40 | Subtract line 39 from line 38 | 154,378. | |
| 41 | Multiply line 40 by 20% (.20) | | 30,876. |
| | **If line 29 is zero or blank, skip lines 42 through 45 and go to line 46.** | | |
| 42 | Enter the amount from line 27 | | |
| 43 | Add lines 33, 36, and 40 | | |
| 44 | Subtract line 43 from line 42 | | |
| 45 | Multiply line 44 by 25% (.25) | | |
| 46 | Add lines 34, 37, 41, and 45 | | 503,814. |
| 47 | Multiply line 27 by 26% (.26) if line 27 is: $175,000 or less if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 2000; or $87,500 or less if married filing separately for 2000. **Otherwise**, multiply line 27 by 28% (.28) and subtract from the result: $3,500 if single, head of household, married filing jointly, qualifying widow(er), or an estate or trust for 2000; or $1,750 if married filing separately for 2000 | | 516,164. |
| 48 | Enter the **smaller** of line 46 or line 47 here and on line 11 | | 503,814. |

Form **8801** (2001)

FDIZ2412  10/08/01

| | | |
|---|---|---|
| **W-2 Federal Filing Copy** | | |
| Form W-2 Wage and Tax Statement **2001** | | OMB No. 1545-0008 |
| Copy B To Be Filed With Employee's FEDERAL Tax Return. | | |
| Department of the Treasury - Internal Revenue Service | | |
| This information is being furnished to the Internal Revenue Service. | | |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 102413.87 | 20109.01 |
| 3 Social security wages | 4 Social security tax withheld |
| 80400.00 | 4984.80 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 108963.66 | 1579.97 |

b Employer identification number
77-0438443

c Employer's name, address, and ZIP code
Redback Networks, Inc
300 Holger Way
San Jose, CA 95134

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |
| 9 Advance EIC payment | 10 Dependent care benefits |
| | |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| | C 161.16 |
| 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b D 6549.79 |
| 14 Other | 12c |
| CA-SDI 416.94 | |
| | 12d |

e Employee's first name and initial   Last name
HENDY LUND
1800 TUCKER ROAD
SCOTTS VALLEY, CA 95066

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. |
|---|---|---|
| CA | 427-8232-6 | 102413.87 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 5664.15 | | |
| 19 Local income tax | | 20 Locality name |

16