PAGE NO-0001

```
               *IMF MCC TRANSCRIPT-SPECIFIC*        EMP NO 10-131-03096

 ACCOUNT NO ▮▮▮▮▮▮▮           11-28-2005
 NAME CONT- APPL              CYCLE-200547
*****************************************************************************
FOR-1013103096 BY-1013103096 ON-11282005 TYP-S-30-200112
TIME-08:59 SRC-I                   PROCESSED ON-332
                                   REQUESTED TAX MODULE FOUND ON MF


2004 2 HENDY J & ROBIN W APPLETON
        9710 LIVE OAK AVE                       BODC-WI BODCLC-
 200423 BEN LOMOND      CA 95005-9508-108    SPOUSE SSN-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
                                 PRIOR NAME CONTROL-         FZ>    -
LOC-7717                         MFR-04  VAL-1 IRA-               CAF-1
YEAR REMOVED-      ENT EXT CYC-   FYM-12  SCS-  CRINV-  130-
                                 RPTR-  PMF-  SHELT-  BNKRPT-  BLLC-
                                 ACCRETION-                  MIN SE-
                                 JUSTIFICATION-1  IRS EMPL-  FED EMPL-


1997 2 HENDY J LUND & DANIEL S PIERCE
2003 2 HENDY J LUND & ROBIN WARD APPLETO    ▮▮▮▮▮▮▮
PTNL HENDY J APPLETON
```

```
LSTRET-2004 ME-    CND-R FLC-00 200517
*************************
* TAX PERIOD 30    200112 *        REASON CD-        MOD EXT CYC-
*************************
FS-2 TFRP-  CRINV-  LIEN-         89211-004-02503-3  CAF-1  FZ>    -L
TDA COPYS-4472                    TDI COPYS-
        INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-77 BWNC-  BWI-
MF MOD BAL-          0.00
ACRUED INTEREST-         0.00  11282005      CSED-02032013
ACCRUED PENALTY-        0.00  11282005      RSED-10152005
FMS- IA CD-0                                 ARDI-0          ASED-12172005

    150 02032003        35,160.00  3  200304
                                 89211-004-02503-3 D CD-        SRC-
RET RCVD DT-12172002             PREPARE IND-0  PREPARE TIN-
                                         TAX PER T/P-       35,160.00
                                          F/C-1 AGI-      228,269.00
                                 FOREIGN-         FARM-  MF P-1
                                 XRF-              AEIC-         0.00
                                 NAI-812990 EXMPT-02 NRGY-       0.00
                                 LTEX-        TAXABLE INC-       0.00
                                 PENALTY SUPP-1034    SET-       0.00
                                         TOTAL WAGES-    102,414.00
                                 MDP-      TOTAL INC TX-         0.00
                                     EST TAX BASE-       35,160.00
                                       PR YR BASE-    1,294,745.00
                                 SHORT YR CD-    ES FORGIVENESS %-  0


********************************CONTINUED ON NEXT PAGE********************************
```

**Defendant's Exhibit**
    **3**

1

```
                    ×IMF MCC TRANSCRIPT-SPECIFIC×          EMP NO 10-131-03096

ACCOUNT NO ▮▮▮▮▮▮▮            11-28-2005
NAME CONT- APPL              CYCLE-200547
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
                             1ST SE-     0.00        2ND SE-      0.00
                             ACCT TYPE-
                             EFT-0
                             F8615-  UNAPPLD CR ELECT-
                                          ES TAX PAYMENT-             0.00
                                          DIR DEP REJ RSN CD-00
                             PUTI-           0   SUTI-           0
                             PMEI-           0   SMEI-           0
                             PMTI-           0   SMTI-           0
    806 04152002      20,109.00- 200304WTHLDNG TAX CREDIT POSTED WITH RETURN

    460 04152002--------------- 200221 89217-082-59919-2
                                 EXT DATE-08152002   709-IND-0

    460 04152002--------------- 200236 89277-233-21296-2
                                 EXT DATE-10152002   709-IND-0

    610 12172002      15,558.00- 200252 94270-352-00305-2
                                 PRC-

    170 02032003         507.00  200304 89211-004-02503-3
                                 PRC-    EST PNLTY WAIVED-        0.00
                                 CSED-02032013

    166 02032003        2,031.88 200304 89211-004-02503-3
                                 PRC-

    276 02032003         677.29  200304 89211-004-02503-3
                                 PRC-

    196 02032003         657.34  200304 89211-004-02503-3
                                 REFERENCE AMT-

    971 02152003--------------- 200309 92277-449-04171-3
                                 XREF-                   971 CD-611
                                 X-MFT-00 MEMO-             FTD ALRT-0

    670 02252003       3,366.51- 200310 29217-056-10203-3
                                 PRC-
                                 DESG PAY CD-

    971 05052003--------------- 200317 28277-999-99999-3
                                 XREF-                   971 CD-199
                                 X-MFT-00 MEMO-             FTD ALRT-0

    960 03032004--------------- 200410 64277-463-00131-4
                                 MF CAF CODE-1
```

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxCONTINUED ON NEXT PAGExxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

```
                    *IMF MCC TRANSCRIPT-SPECIFIC*           EMP NO 10-131-03096

  ACCOUNT NO                            11-28-2005
  NAME CONT- APPL                       CYCLE-200547
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

     290 04262004         0.00    200415 89254-493-06354-4
                                         HC3 ARC               INTD        PC
                                         CORRESPONDDT-02192004 CREDIT DT-
                                         REFUND STATUTE CONTROL DT-
                                         AMD CLMS DT-          CIS MF IND-0
                                         CSED-

     425 04062005---------------  200515 29277-096-20000-5
                                         SOURCE-30  ORG-1912  PROJ-    RET REQ-
                                         PTR DO-

     420 04142005---------------  200516 29277-104-00000-5
                                         AIMS SC-30 PBC-665 SBC-53000 EGC-1104

     300 10102005         0.00    200539 29247-659-10041-5
                                         HC2 DC07 870D         ASED
                                                                    PC4 AO165
                                         CLAIM REJECT DT-
                                         CSED-

MF STAT-04 06032002 EXT DT-10152002     200221
MF STAT-21 02032003          3,366.51   200304
MF STAT-58 02242003          3,366.51   200307
MF STAT-12 03172003             0.00    200310
```