# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL S. PIERCE and HENDY J. LUND, Plaintiffs, v. UNITED STATES OF AMERICA Defendant | Case No. 05-1071T<br>Judge Susan G. Braden<br>DECLARATION OF BRIAN ISAACSON IN SUPPORT OF PLAINTIFFS' REPLY TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND RESPONSE TO CROSS-MOTION |

Brian G. Isaacson declares as follows:

1. I am one of the attorneys for Plaintiffs, Daniel S. Pierce and Hendy J. Lund. I am competent to testify to the facts contained herein and I make this declaration of my own personal knowledge.

2. The attached exhibits, submitted in support of Plaintiffs' Reply to Motion for Partial Summary Judgment and Response to Cross-Motion, are true and correct copies of the following records or documents:

| Exhibits | Description |
|---|---|
| A-1 | I.R.C. § 53 – Credit for Prior Year Minimum Tax Liability |
| A-2 | I.R.C. § 55 – Alternative Minimum Tax Imposed |
| A-3 | I.R.C. § 56 – Adjustments in Computing Alternative Minimum Taxable Income |

| | |
|---|---|
| A-4 | I.R.C. § 57 – Items of Tax Preference |
| A-5 | I.R.C. § 151 – Allowance of Deductions for Personal Exemptions |
| A-6 | I.R.C. § 172 – Net Operating Loss Deduction |
| A-7 | I.R.C. § 421 – General Rules |
| A-8 | I.R.C. § 422 – Incentive Stock Options |
| A-9 | I.R.C. § 1211 – Limitation on Capital Losses |
| A-10 | General Explanation of the Tax Reform Act of 1986, Part 7, 429-439 (May 4, 1987) |
| A-11 | *Spitz v. Commissioner of Internal Revenue*, U.S. Tax Court Case No. 4075-05: Respondent's Explanation of the Computations Submitted Under Tax Court Rule 155 |
| A-12 | *Spitz v. Commissioner of Internal Revenue*, U.S. Tax Court Case No. 4075-05: Court's Order of January 12, 2007 |
| A-13 | Letter to Tom Poppe, dated February 8, 2005, regarding Request for Examination for taxpayers Hendy J. Lund and Daniel S. Pierce for the tax year 2001, with enclosures 1040X and 1040, ISO Option Exercise and Stock Sale Analysis Spreadsheet, and 8275 Disclosure Statement. |

I make this declaration under penalty of perjury under the laws of the State of Washington.

Dated: this 29th day of January, 2007

Brian G. Isaacson, Attorney for Petitioner
Merriam & Isaacson, P.S.
701 Fifth Avenue, Suite 5800
Seattle, WA 98104
Telephone: 206-829-2500
Facsimile: 206-829-2501