# In the United States Court of Federal Claims

No. 05-1071T
Filed April 19, 2007

| | |
|---|---|
| *********************************** | |
| | * |
| DANIEL D. PIERCE and | * |
| HENDY J. LUND, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**SCHEDULING ORDER**

The court will hold oral argument on May 10, 2007 at 2 p.m. at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**