IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1071 T

(Judge Susan G. Braden)

DANIEL D. PIERCE and HENDY J. LUND,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR LEAVE TO SUBMIT CALCULATIONS

Defendant, the United States, moves this Court for leave to file the attached explanation of the plaintiffs' 2001 AMT computations, both with, and without, the limitation in 26 U.S.C. § 1211, in advance of the oral argument in this case. The court's e-mail communications with counsel for both parties indicated that the parties were to prepare explanations for use at the oral argument of this case on May 10, 2007. Defendant prepared the attached explanation in anticipation of the argument. However, today, plaintiffs' counsel forwarded to the Court schedules showing plaintiffs' computations. Therefore, defendant requests leave to file its explanations at this time.

WHEREFORE, defendant requests that the Court grant leave for defendant to file the

attached explanation in advance of the oral argument.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

May 9, 2007