# In the United States Court of Federal Claims

No. 05-1071T
Filed May 9, 2007

*************************************
DANIEL D. PIERCE and
HENDY J. LUND,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

The Government's May 9, 2007 Motion for Leave to Submit Calculations is hereby granted. The Government will file a separate document with the calculations.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**