IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1071T
Filed: May 10, 2007

(Judge Susan G. Braden)

---

DANIEL D. PEIRCE and HENDY J. LUND,

Plaintiffs

v.

UNITED STATES,

Defendant

---

MOTION FOR LEAVE TO SUBMIT CALCULATIONS AND SUPPLEMENTAL DECLARATION OF HENDY J. LUND IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

---

Plaintiffs, Daniel D. Pierce and Hendy J. Lund, moves this Court for leave to file the attached calculation of the AMT Negative Adjustment under IRC 56(d)(2)(A)(i) and Plaintiffs' and Defendant's of the AMT Taxable Income for 2001, attached hereto as exhibit 1, article by Dr. Stewart Karlinksy supporting the computations, attached hereto as exhibit 2, and Supplemental Declaration of Hendy J. Lund In Support of Motion for Partial Summary Judgment, attached hereto as exhibit 3.

On May 8, 2007, the Court's e-mail communication with counsel for both parties requested that the parties prepare explanations for use at the oral argument of this case on May 10, 2007. The plaintiffs prepared the attached calculations on May 8, 2007, and forwarded them to the Court and to opposing counsel, Benjamin King. Therefore, plaintiffs request leave to file its calculations and Supplemental Declaration at this time.

WHEREFORE, plaintiffs requests that the Court grant leave for defendant to file the attached explanations of the AMT Negative Adjustment under IRC 56(d)(2)(A)(i) and Plaintiffs' and Defendant's of the AMT Taxable Income for 2001, article by Dr. Stewart Karlinksy supporting the computations, and Supplemental Declaration of Hendy J. Lund In Support of Motion for Partial Summary Judgment.

Respectfully submitted,

s/ Don Paul Badgley

DON PAUL BADGLEY, ESQ.
Attorney of Record
Attorney for Plaintiff
Badgley-Mullins Law Group
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone 206-621-6566

May 10, 2007

I hereby certify that on May 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Benjamin C. King, Jr.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Sections
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Telephone: (202) 307-6506
E-mail: benjamin.c.king@usdoj.gov

s/ Don Paul Badgley
DON PAUL BADGLEY, ESQ.
Attorney of Record
Attorney for Plaintiff
Badgley-Mullins Law Group
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
Telephone 206-621-6566
Email: donbadgley@badgleymullins.com