# EXHIBIT 1

**Spreadsheet is prepared based on the assumption that the shares are subject to taxation when they vest.**
**(I.R.C. § 83(b) election is invalid as to the unvested shares.)**

Name: **Hendy Lund**

**ISO Option Exercise and Stock Sale Analysis**

Redback Stock Splits Ticker RBAKQ
Ratio Record Date
2 : 1 [illegible]
2 : 1 [illegible]
NOT ADJUSTED FOR
1 : 7[illegible] 1/5/04 (reverse split)

**Exercise of Shares / Purchase of Stock for Investment**

| Row | Grant Date | Option # | Option Exercise Date | Original # Shares Exercised | Exercise Price Per Share/ Ordinary Basis Per Share | Total Basis for Income Tax (total exercise price) | FMV Per Share at Date of Exercise/ AMT Basis Per Share | Vesting Date | FMV at Vesting Date | Total FMV at the Later of Exercise or Vesting Date | AMT Adjustment (FMV at Later of Exercise or Vesting Date less Exercise Price) | Purchase Date Shares Purchased for Investment | Number of Shares | Price Per Share Basis | Total Basis on Sold Shares |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J | N | R | S | T | U |
| 5 | | | | | | D*E | | | | D*G or D*I | H-F | | | | Q*R |
| 8 | 1/13/99 | ISO 191 | 3/2/00 | 11,000 | 1.18750 | 13,062.50 | 149.84400 | 1/13/00 | 96.30000 | 1,648,284.00 | 1,635,221.50 | | | | |
| 9 | | ISO 191 | 3/2/00 | 4,000 | 1.18750 | 4,750.00 | 149.84400 | 1/13/00 | 96.30000 | 599,376.00 | 594,626.00 | | | | |
| 10 | | ISO 191 | 3/2/00 | 1,250 | 1.18750 | 1,484.38 | 149.84400 | 2/4/00 | 98.90000 | 187,305.00 | 185,820.63 | | | | |
| 12 | 1/13/99 | ISO 191 | 3/2/00 | 1,250 | 1.18750 | 1,484.38 | 149.84400 | 3/4/00 | 164.43750 | 205,545.88 | 204,062.50 | | | | |
| 13 | | ISO 191 | 3/2/00 | 1,250 | 1.18750 | 1,484.38 | 149.84400 | 4/4/00 | 115.00000 | 143,750.00 | 142,265.63 | | | | |
| 14 | | ISO 191 | 3/2/00 | 1,250 | 1.18750 | 1,484.38 | 149.84400 | 5/4/00 | 74.06500 | 92,581.25 | 91,096.88 | | | | |
| 15 | | ISO 191 | 3/2/00 | 1,250 | 1.18750 | 1,484.38 | 149.84400 | 6/4/00 | 112.70000 | 140,875.00 | 139,390.63 | | | | |
| 16 | | ISO 191 | 3/2/00 | 1,250 | 1.18750 | 1,484.38 | 149.84400 | 7/4/00 | 168.35000 | 210,437.50 | 208,953.13 | | | | |
| 17 | | ISO 191 | 3/2/00 | 1,250 | 1.18750 | 1,484.38 | 149.84400 | 8/4/00 | 133.00000 | 166,250.00 | 164,765.63 | | | | |
| 18 | | ISO 191 | 3/2/00 | 1,250 | 1.18750 | 1,484.38 | 149.84400 | 9/4/00 | 149.97500 | 187,468.75 | 185,984.38 | | | | |
| 19 | | ISO 191 | 3/2/00 | 1,250 | 1.18750 | 1,484.38 | 149.84400 | 10/4/00 | 140.40000 | 175,500.00 | 174,015.63 | | | | |
| 20 | | ISO 191 | 3/2/00 | 1,250 | 1.18750 | 1,484.38 | 149.84400 | 11/4/00 | 114.92500 | 143,656.25 | 142,171.88 | | | | |
| 21 | | ISO 191 | 3/2/00 | 1,250 | 1.18750 | 1,484.38 | 149.84400 | 12/4/00 | 74.56500 | 93,206.25 | 91,721.88 | | | | |
| 22 | | ISO 191 | 3/2/00 | 1,250 | 1.18750 | 1,484.38 | 149.84400 | 1/4/01 | 42.00000 | 52,500.00 | 51,015.63 | | | | |
| 24 | | | | | | | | | | | | 5/18/1999 | 400 | 6.5000 | 2,600.00 |
| 25 | | | | | | | | | | | | 10/29/1999 | 970 | 4.8875 | 4,740.88 |
| 27 | | | | | | | | | | | | 4/28/2000 | 1,338 | 4.8875 | 6,539.48 |
| 28 | | | | | | | | | | | | 10/31/2000 | 1,543 | 4.8875 | 7,541.41 |
| 29 | | | | | | | | | | | | 4/30/2001 | 1,634 | 4.8875 | 7,986.18 |
| 30 | | | | | | | | | | | | 10/31/2001 | 1,313 | 3.4085 | 4,475.36 |
| 31 | | | | | | | | | | | | 4/30/2002 | 4,000 | 1.9210 | 7,684.00 |
| 32 | | | | | | | | | | | | 10/31/2002 | 3,954 | 0.4165 | 1,651.01 |
| 71 | | | | 30,000 | | 35,625.00 | | | | 4,046,736.88 | 4,011,111.88 | | 15,162 | | 43,218.30 |

83(b) election for 13,750 split adjusted shares

15,250 shares vested at exercise
13,750 shares unvested at exercise

| Row | Item | Shares | | | | |
|---|---|---|---|---|---|---|
| 72 | Total Exercised Shares | 30,000 | | | | |
| 73 | Plus Purchased Shares | 15,162 | Total 1999 | - | - | - |
| 74 | Total Shares | 45,162 | | | | |
| 75 | Less Shares Sold | (30,800) | | | | |
| 76 | Net Remaining Shares | 14,362 | | | | |
| 77 | Less Shares in Account | 14,362 | | | | |
| 78 | Difference | - | Total 2000 | 20,781.25 | 3,994,236.88 | 3,950,095.25 |
| 81 | NOTE Taxpayer DID NOT use margin debt to exercise shares | | | | | |
| 83 | | | Total 2001 | - | 52,500.00 | 51,015.63 |

**Sale of Stock / Comments**

| Row | Sale or Liquidation Date | Number of Shares Sold | Sale Price per Share (less transaction costs) | Net Amount Realized (Total Gross Proceeds less Transaction Costs) | Short / Long Term Gain (Loss) | Basis | AMT Basis / Basis When AMT Gain(Loss) Recognized at Later of Exercise or Vesting Date (Exercise Price + AMT Gain/Loss at Exercise) | AMT Gain (Loss) (Amount Realized less AMT Basis) | W-2 Income from ISO Disqualifying Disposition in TAX Year of Exercise (Amount Realized less Cost Basis) | W-2 Income from ISO Disqualifying Disposition in TAX years AFTER Year of Exercise (Amount Realized less Cost Basis) | Capital Gains (Amount Realized less Cost Basis) | Adjustment Gain or Loss (Enter Difference Between AMT and Regular Gain or Loss per line 9 of Form 6251 as a negative number) | Difference Between AMT and Regular Tax Basis (AMT Basis less Cost Basis) | Account / Reference | Reference | Explanation for Exercise or Sale |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | Y | Z | AA | AB | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ |
| 5 | | | AA / W | Enter net from 1099 | | W*E | W*(E+(G or I-E)) | Y-AF | Y-AE | Y-AE | Y-AE | AG-(AH+AI+AJ) | AF-AE | | | |
| 7 | Disqualified Disposition | | | | | | | | | | | | | | | |
| 8 | 10/16/2000 | 11,000 | 140.0006 | 1,540,005.16 | S | 13,062.50 | 1,648,284.00 | (108,277.84) | 1,526,943.66 | - | - | (1,635,221.50) | 1,635,221.50 | SSB 745-18306 | B | Cash Exer per Conf of Exe |
| 9 | 4/10/2001 | 5,250 | 15.9992 | 83,995.82 | L | 6,234.38 | 786,681.00 | (702,685.18) | | - | 77,761.44 | (780,446.63) | 780,446.63 | SSB 745-18306 | C | Cash Exer per Conf of Exe |
| 12 | 4/10/2001 | 1,250 | 15.9992 | 19,999.00 | L | 1,484.38 | 205,546.88 | (185,547.87) | | - | 18,514.63 | (204,062.50) | 204,062.50 | SSB 745-18306 | C | Cash Exer per Conf of Exe |
| 13 | 4/10/2001 | 1,250 | 15.9992 | 19,999.00 | L | 1,484.38 | 143,750.00 | (123,751.00) | | - | 18,514.63 | (142,265.63) | 142,265.63 | SSB 745-18306 | C | Cash Exer per Conf of Exe |
| 14 | 4/10/2001 | 1,250 | 15.9992 | 19,999.00 | L | 1,484.38 | 92,581.25 | (72,582.25) | | - | 18,514.63 | (91,096.88) | 91,096.88 | SSB 745-18306 | C | Cash Exer per Conf of Exe |
| 15 | 4/10/2001 | 1,250 | 15.9992 | 19,999.00 | L | 1,484.38 | 140,875.00 | (120,876.00) | | - | 18,514.63 | (139,390.63) | 139,390.63 | SSB 745-18306 | C | Cash Exer per Conf of Exe |
| 16 | 4/10/2001 | 1,250 | 15.9992 | 19,999.00 | L | 1,484.38 | 210,437.50 | (190,438.50) | | - | 18,514.63 | (208,953.13) | 208,953.13 | SSB 745-18306 | C | Cash Exer per Conf of Exe |
| 17 | 4/10/2001 | 1,250 | 15.9992 | 19,999.00 | L | 1,484.38 | 166,250.00 | (146,251.00) | | - | 18,514.63 | (164,765.63) | 164,765.63 | SSB 745-18306 | C | Cash Exer per Conf of Exe |
| 18 | 4/10/2001 | 1,250 | 15.9992 | 19,999.00 | L | 1,484.38 | 187,468.75 | (167,469.75) | | - | 18,514.63 | (185,984.38) | 185,984.38 | SSB 745-18306 | C | Cash Exer per Conf of Exe |
| 19 | 4/10/2001 | 1,250 | 15.9992 | 19,999.00 | L | 1,484.38 | 175,500.00 | (155,501.00) | | - | 18,514.63 | (174,015.63) | 174,015.63 | SSB 745-18306 | C | Cash Exer per Conf of Exe |
| 20 | 4/10/2001 | 1,250 | 15.9992 | 19,999.00 | L | 1,484.38 | 143,656.25 | (123,657.25) | | - | 18,514.63 | (142,171.88) | 142,171.88 | SSB 745-18306 | C | Cash Exer per Conf of Exe |
| 21 | 4/10/2001 | 1,250 | 15.9992 | 19,999.00 | L | 1,484.38 | 93,206.25 | (73,207.25) | | - | 18,514.63 | (91,721.88) | 91,721.88 | SSB 745-18306 | C | Cash Exer per Conf of Exe |
| 22 | 4/10/2001 | 1,250 | 15.9992 | 19,999.00 | L | 1,484.38 | 52,500.00 | (32,501.00) | | - | 18,514.63 | (51,015.63) | 51,015.63 | SSB 745-18306 | C | Cash Exer per Conf of Exe |
| 24 | 8/9/2000 | 400 | 150.0441 | 60,017.63 | L | 2,600.00 | - | | | | 57,417.63 | | | MSDW 112-170037 | D | allocated per original sch E |
| 25 | 3/2/2000 | 400 | 152.9355 | 61,174.21 | S | 1,955.00 | - | | | | 59,219.21 | | | SSB 745-18306 | A | |
| 71 | TOTAL SALES | 30,800 | | 1,955,182.87 | - | 40,180.00 | 4,046,736.88 | (2,202,745.85) | 1,526,943.66 | - | 398,059.21 | (4,011,111.88) | 4,011,111.88 | | | |

| | Number of Shares Sold | Net Amount Realized | Basis | AMT Basis | AMT Gain (Loss) | W-2 Income Year of Exercise | W-2 Income After Year of Exercise | Capital Gains | Adjustment Gain or Loss | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Total 1999 | | | | | | | | | | |
| Exercised S/T | | | | | | | | | | |
| Exercised L/T | | | | | | | | | | |
| Investment S/T | | | | | | | | | | |
| Investment L/T | | | | | | | | | | |
| Total 2000 | 11,800 | 1,661,198.00 | 17,617.50 | 1,648,284.00 | (108,277.84) | 1,526,943.66 | - | 116,635.84 | (1,635,221.50) | 1,635,221.50 |
| Exercised S/T | | 1,540,005.16 | 13,062.50 | 1,648,284.00 | (108,277.84) | 1,526,943.66 | - | - | (1,635,221.50) | 1,635,221.50 |
| Exercised L/T | | | | | | | | | | |
| Investment S/T | | 61,174.21 | 1,955.00 | - | - | - | - | 59,219.21 | - | - |
| Investment L/T | | 60,017.63 | 2,600.00 | - | - | - | - | 57,417.63 | - | - |
| Total 2001 | 19,000 | 303,984.87 | 22,562.50 | 2,398,452.88 | (2,094,468.01) | - | - | 281,422.37 | (2,375,890.38) | 2,375,890.38 |
| Exercised S/T | | | | | | | | | | |
| Exercised L/T | | 303,984.87 | 22,562.50 | 2,398,452.88 | (2,094,468.01) | - | - | 281,422.37 | (2,375,890.38) | 2,375,890.38 |
| Investment S/T | | | | | | | | | | |
| Investment L/T | | | | | | | | | | |

| | 1999 | 2000 | 2001 |
|---|---|---|---|
| **AMT Preference:** | | | |
| AMT Adjustment at Exercise (L) | - | 3,960,095.25 | 51,015.63 |
| | - | 3,960,095.25 | 51,015.63 |
| **AMT Recovery:** | | | |
| AMT Gain or Loss at Sale (AI) | - | (108,277.84) | (2,094,468.01) |
| Less Capital Gains Generated by Sale of ISO shares (AL) | - | - | (281,422.37) |
| Less W-2 Income from ISO DD's (AJ AK) | - | (1,526,943.66) | - |
| Difference Between AMT and Regular Tax Gain (Loss) | - | (1,635,221.50) | (2,375,890.38) |
| TOTALS | - | 2,324,874.75 | (2,324,874.75) |

***PLAINTIFF'S*** calculation of AMT Negative Adjustment under I.R.C. 56(d)(2)(A)(i) which allows recovery of difference between AMT basis and regular tax basis or difference between AMT and regular tax gain or loss without $3,000 limitations. Authority: Congressional History which allows full recovery of basis.

AMT Negative Adjustment reported on line 9 of IRS Form 6251 equals $2,375,890. (Under check and balance system difference between AMT and regular tax basis of $2,375,890 equal difference between AMT and regular tax gainor loss of $2,375,890.)

Alternative Minimum Taxable Loss for 2001 would be ($1,896,639). This loss is calculated as follows on IRS Form 6251: Line 3 is $331,976 plus Line 9 is ($2,375,890) plus Line 16 is $158,578 plus Line 18 is ($11,302).

***DEFENDANT'S*** calculation of AMT Negative Adjustment under I.R.C. 56(d)(2)(A)(i) which allows recovery of difference between AMT gain or loss and regular gain or loss subject to $3,000 limitation. Authority: IRS Instructions to line 9 of IRS Form 6251.

AMT Negative Adjustment reported on line 9 of IRS Form 6251 equals $284,422. (Difference between AMT loss of $2,094,468 (limited to $3,000) minus regular tax gain of $281,422 equals $284,422.)

Alternative Minimum Taxable Income for 2001 would be $194,810. This loss is calculated as follows on IRS Form 6251: Line 3 is $331,976 plus Line 9 is ($284,442) plus Line 16 is $158,578 plus Line 18 is ($11,302).

**Spreadsheet is prepared based on the assumption that the shares are taxed at exercise.**
**(I.R.C. § 83(b) election is valid as to unvested shares.)**

Name: **Hendy Lund**

**ISO Option Exercise and Stock Sale Analysis**

Redrock Stock Splits Ticker: RBAKO
Ratio Record Date
2 : 1 6/29/99
2 : 1 4/4/00
NOT ADJUSTED FOR:
1 : 72 1/5/01 (reverse split)

**Exercise of Shares**

| Row | Grant Date | Option # | Option Exercise Date | Original # Shares Exercised | Exercise Price Per Share/ Ordinary Basis Per Share | Total Basis for Income Tax (total exercise price) | FMV Per Share at Date of Exercise/ AMT Basis Per Share | Total FMV at Date of Exercise | AMT Adjustment (FMV less Exercise Price) |
|---|---|---|---|---|---|---|---|---|---|
| 5 | | | | | | D*E | | D*G | H-F |
| 8 | 1/13/99 | ISO 191 | 3/2/00 | 11,000 | 1.18750 | 13,062.50 | 149.84400 | 1,648,284.00 | 1,635,221.50 |
| 9 | | ISO 191 | 3/2/00 | 5,250 | 1.18750 | 6,234.38 | 149.84400 | 786,681.00 | 780,446.63 |
| 11 | 1/1/399 | ISO 191 | 3/2/00 | 13,750 | 1.18750 | 16,328.13 | 149.84400 | 2,060,355.00 | 2,044,026.88 |
| 61 | | | | 30,000 | | 35,625.00 | | 4,495,320.00 | 4,459,695.00 |

83(b) election for 13,750 split adjusted shares

15,250 shares vested at exercise
13,750 shares unvested at exercise

| | | | | | |
|---|---|---|---|---|---|
| Total Exercised Shares | 30,000 | | | | |
| Plus Purchased Shares | 15,162 | Total 1999 | - | - | - |
| Total Shares | 45,162 | | | | |
| Less Shares Sold | (30,800) | | | | |
| Net Remaining Shares | 14,362 | | | | |
| Less Shares in Account | 14,362 | | | | |
| Difference | - | Total 2000 | 35,625.00 | 4,495,320.00 | 4,459,695.00 |
| | | Total 2001 | - | - | - |

NOTE Taxpayer DID NOT use margin debt to exercise shares

**Purchase of Stock for Investment**

| Row | Purchase Date Shares Purchased for Investment | Number of Shares | Price Per Share Basis | Total Basis on Sold Shares |
|---|---|---|---|---|
| 5 | | | | O*R |
| 14 | 5/18/1999 | 400 | 6.5000 | 2,600.00 |
| 15 | 10/29/1999 | 670 | 4.6875 | 4,740.89 |
| 17 | 4/28/2000 | 1,338 | 4.8875 | 6,539.48 |
| 18 | 10/31/2000 | 1,543 | 4.8875 | 7,541.41 |
| 19 | 4/30/2001 | 1,634 | 4.8875 | 7,985.18 |
| 20 | 10/31/2001 | 1,313 | 3.4085 | 4,475.36 |
| 21 | 4/30/2002 | 4,000 | 1.9210 | 7,684.00 |
| 22 | 10/31/2002 | 3,964 | 0.4155 | 1,651.01 |
| 61 | | 15,162 | | |

**Sale of Stock**

| Row | Sale or Liquidation Date | Number of Shares Sold | Sale Price per Share (less transaction costs) | Net Amount Realized (Total Gross Proceeds less Transaction Costs) | Short / Long Term Gain (Loss) | Basis [ISO = Exercise Price NQ = FMV] | AMT Basis / Basis When AMT Gain(Loss) Recognized at Exercise (Exercise Price + AMT Gain/Loss at Exercise) |
|---|---|---|---|---|---|---|---|
| 5 | | | AA / W | Enter net from 1099 | | W*E | W*(E+(G-E)) |
| 7 | Disqualified Disposition | | | | | | |
| 8 | 10/16/2000 | 11,000 | 140.0006 | 1,540,006.16 | S | 13,062.50 | 1,648,284.00 |
| 9 | 4/10/2001 | 5,250 | 15.9992 | 83,995.82 | L | 6,234.38 | 786,681.00 |
| 11 | 4/10/2001 | 13,750 | 15.9992 | 219,989.05 | L | 16,328.13 | 2,060,355.00 |
| 14 | 8/9/2000 | 400 | 150.0441 | 60,017.63 | L | 2,600.00 | - |
| 15 | 3/2/2000 | 400 | 152.9355 | 61,174.21 | S | 1,955.00 | - |
| 61 | TOTAL SALES | 30,800 | | 1,965,182.87 | - | 40,180.00 | 4,495,320.00 |

| Row | AMT Gain (Loss) (Amount Realized less AMT Basis) | W-2 Income from ISO Disqualifying Disposition in TAX Year of Exercise (Amount Realized less Cost Basis) | W-2 Income from ISO Disqualifying Disposition in TAX years AFTER Year of Exercise (Amount Realized less Cost Basis) | Capital Gains (Amount Realized less Cost Basis) | Adjustment Gain or Loss (Enter Difference Between AMT and Regular Gain or Loss per line 9 of Form 6251 as a negative number) | Difference Between AMT and Regular Tax Basis (AMT Basis less Cost Basis) | Account / Reference | Reference | Explanation for Exercise or Sale |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Y - AF | Y - AE | Y - AE | Y - AE | AG - (AH+AI+AJ) | AF - AE | | | |
| 8 | (108,277.84) | 1,526,943.66 | - | - | (1,635,221.50) | 1,635,221.50 | SSB 745-18306 | B | Cash Exer per Conf of Exer |
| 9 | (702,685.18) | - | - | 77,761.44 | (780,446.53) | 780,446.53 | SSB 745-18306 | C | Cash Exer per Conf of Exer |
| 11 | (1,840,365.95) | - | - | 203,660.93 | (2,044,026.88) | 2,044,026.88 | SSB 745-18306 | C | Cash Exer per Conf of Exer |
| 14 | | | | 57,417.63 | | | MSDW 112-170037 | D | allocated per original sch D |
| 15 | | | | 59,219.21 | | | SSB 745-18306 | A | |
| 61 | (2,651,328.97) | 1,526,943.66 | - | 398,059.21 | (4,459,695.00) | 4,459,695.00 | | | |

| | Number of Shares Sold | Net Amount Realized | Short / Long Term | Basis | AMT Basis | AMT Gain (Loss) | W-2 Income Year of Exercise | W-2 Income AFTER Year of Exercise | Capital Gains | Adjustment Gain or Loss | Difference Between AMT and Regular Tax Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total 1999 | | | | | | | | | | | |
| Exercised S/T | | | | | | | | | | | |
| Exercised L/T | | | | | | | | | | | |
| Investment S/T | | | | | | | | | | | |
| Investment L/T | | | | | | | | | | | |
| Total 2000 | 11,800 | 1,661,198.00 | | 17,617.50 | 1,648,284.00 | (108,277.84) | 1,526,943.66 | - | 116,636.84 | (1,635,221.50) | 1,635,221.50 |
| Exercised S/T | | 1,540,006.16 | | 13,062.50 | 1,648,284.00 | (108,277.84) | 1,526,943.66 | - | - | (1,635,221.50) | 1,635,221.50 |
| Exercised L/T | | | | | | | | | | | |
| Investment S/T | | 61,174.21 | | 1,955.00 | - | - | - | - | 59,219.21 | - | - |
| Investment L/T | | 60,017.63 | | 2,600.00 | - | - | - | - | 57,417.63 | - | - |
| Total 2001 | 19,000 | 303,984.87 | | 22,552.50 | 2,847,035.00 | (2,543,051.13) | - | - | 281,422.37 | (2,824,473.50) | 2,824,473.50 |
| Exercised S/T | | | | | | | | | | | |
| Exercised L/T | | 303,984.87 | | 22,552.50 | 2,847,035.00 | (2,543,051.13) | - | - | 281,422.37 | (2,824,473.50) | 2,824,473.50 |
| Investment S/T | | | | | | | | | | | |
| Investment L/T | | | | | | | | | | | |

| | 1999 | 2000 | 2001 |
|---|---|---|---|
| **AMT Preference:** | | | |
| AMT Adjustment at Exercise (L) | - | 4,459,695.00 | - |
| | - | 4,459,695.00 | - |
| **AMT Recovery:** | | | |
| AMT Gain or Loss at Sale (AG) | - | (108,277.84) | (2,543,051.13) |
| Less Capital Gains Generated by Sale of ISO shares (AJ) | - | - | (281,422.37) |
| Less W-2 Income from ISO DO's (AH AI) | - | (1,526,943.66) | - |
| Difference Between AMT and Regular Tax Gain (Loss) | - | (1,635,221.50) | (2,824,473.50) |
| **TOTALS** | - | 2,824,473.50 | (2,824,473.50) |

***PLAINTIFF'S*** calculation of AMT Negative Adjustment under I.R.C. 56(d)(2)(A)(i) which allows recovery of difference between AMT basis and regular tax basis or difference between AMT and regular tax gain or loss without $3,000 limitations. Authority: Congressional History which allows full recovery of basis.

AMT Negative Adjustment reported on line 9 of Form 6251 equals $2,824,473. (Under check and balance system difference between AMT and regular tax basis of $2.824,473 equals difference between AMT and regular tax gain or loss of $2,824,473.)

Alternative Minimum Taxable Loss for 2001 would be ($2,345,221). This loss is calculated as follows on IRS Form 6251: Line 3 is $331,976 plus Line 9 is ($2,824,473) plus Line 16 is $158,578 plus Line 18 is ($11,302).

***DEFENDANT'S*** calculation of AMT Negative Adjustment under I.R.C. 56(d)(2)(A)(i) which allows recovery of difference between AMT gain or loss and regular gain or loss subject to $3,000 limitation. Authority: IRS Instructions to line 9 of Form 6251.

AMT Negative Adjustment reported on line 9 of Form 6251 equals $284,422. (Difference between AMT loss of $2,543,051 (limited to $3,000) minus regular tax gain of $281,422 equals $284,422.)

Alternative Minimum Taxable Income for 2001 would be $194,810. This loss is calculated as follows on IRS Form 6251: Line 3 is $331,976 plus Line 9 is ($284,442) plus Line 16 is $158,578 plus Line 18 is ($11,302)