# EXHIBIT 3

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANIEL S. PIERCE and HENDY J. LUND,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | ) Case No. 05-1071T<br>)<br>) Judge Susan G. Bradon<br>)<br>) SUPPLEMENTAL DECLARATION<br>) OF HENDY J. LUND IN<br>) SUPPORT OF PLAINTIFFS'<br>) MOTION FOR PARTIAL<br>) SUMMARY JUDGMENT<br>)<br>) |

I, Hendy J. Lund, declare as follows:

1. I am a Plaintiff in the action Daniel S. Pierce and Hendy J. Lund v. United States of America, Case Number 05-1071T.

2. To the best of my knowledge and belief, I did not have the right to vote on my 13,750 Redback shares exercised on March 2, 2000 until they were transferred into my account on February 5, 2001. The fair market value of the Redback shares transferred to my account on February 5,2001 was $43.00 per share. See Decl. of Lund, ¶ 9.



BADGLEY ~ MULLINS
LAW GROUP
4750 Bank of America Tower
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax (206) 621-9686

I declare under penalty of perjury of law that the foregoing statements are true and correct.

Dated this 9th day of May, 2007.

Hendy J. Lund



BADGLEY ~ MULLINS
LAW GROUP
4750 Bank of America Tower
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686