# In the United States Court of Federal Claims

No. 05-1071T
Filed: May 11, 2007

| | |
|---|---|
| *********************************** | |
| | * |
| DANIEL D. PIERCE and | * |
| HENDY J. LUND, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

Plaintiff's May 10, 2007 Motion for Leave to Submit Calculations and Supplemental Declaration of Hendy J. Lund in Support of Motion for Partial Summary Judgment is hereby granted. Plaintiff will file the calculations and supplemental declaration separately.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**