# In the United States Court of Federal Claims

**No. 05-1071 T**

**DANIEL D. PIERCE AND HENDY J. LUND,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Memorandum Opinion and Final Order, filed May 31, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that to the extent that plaintiffs claim carrybacks and/or carryovers to tax years other than 2001, such claims are dismissed. Judgment is in favor of the Government.

Brian Bishop
Clerk of Court

**June 1, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.