ORIGINAL

FILED
JUL 31 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES OF FEDERAL CLAIMS

No. 05-1071T
(Filed: July 30, 2007)

DANIEL D. PIERCE and HENDY J. LUND,

Plaintiffs,

NOTICE OF APPEAL

v.

THE UNITED STATES,

Defendant.

Notice is hereby given that Plaintiffs, Daniel D. Pierce and Hendy J. Lund, in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit, from the Published and Opinion denying Petitioners' Motion for Summary Judgment dated May 31, 2007, and the Final Judgment entered in this action on June 1, 2007.

Dated this 30 of July 2007

BADGLEY-MULLINS LAW GROUP

Don Paul Badgley, WSBA #457
Badgley-Mullins Law Group
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
Telephone: 206-621-6566
Fax: 206-621-9686
Email: donbadgley@badgleymullins.com



BADGLEY ~ MULLINS
LAW GROUP
701 Fifth Avenue, Ste 4750
Seattle, Washington 98101
Telephone: (206) 621-6566
Fax: (206) 621-9686

ORIGINAL

MERRIAM & ISAACSON, P.S.

Brian G. Isaacson

Brian G. Isaacson, WSBA #25927
Merriam & Isaacson, P.S.
701 Fifth Avenue, Suite 5800
Seattle, WA 98104
Telephone: 206-829-2500
Email: briani@isaacsonlawfirm.com

CERTIFICATE OF SERVICE

I certify that service of the foregoing Notice of Appeal has, the 30th day of July, 2007, been made on counsel for the defendant by mailing a copy thereof to the following:

Benjamin C. King
U.S. Department of Justice
Tax Division
Federal Claims Section
PO BOX 26
Ben Franklin Station
Washington, D.C. 20044

Theodora K. Tom
Paralegal
Badgley~Mullins Law Group
Telephone: (206) 621-6566
Facsimile: (206) 621-9686



BADGLEY ~ MULLINS
LAW GROUP
701 Fifth Avenue, Ste 4750
Seattle, Washington 98101
Telephone: (206) 621-6566
Fax: (206) 621-9686