# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORIGINAL

## NOTICE OF DOCKETING

RECEIVED
AUG 7 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**2007-5150 - PIERCE V US**

**Date of docketing:** 08/07/2007

**Appeal from:** United States Court of Federal Claims case no. 05-CV-1071

**Appellant(s):** Daniel D. Pierce and Henry J. Lund

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Benjamin C. King
Don Paul Badgley

2007-5150

# In the United States Court of Federal Claims
## Appeal Information Sheet

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 7 2007

JAN HORBALY
CLERK

**Judge Susan G. Braden**

**Type of Case:** 226 Tax - Other

DANIEL D. PIERCE and HENRY J. LUNDY

*Plaintiff,*

vs.

THE UNITED STATES,
*Defendant,*

---

RECEIVED
2007 AUG -6 AM 9:14
US COURT OF APPEALS
FEDERAL CIRCUIT

**Cross or Related Appeal:** No.

**CFC Number:** 05-1071T.

**Appeal Filed By:** Plaintiff.

**Date of Judgment:** June 1, 2007. > 60

**Date of Appeal:** July 31, 2007.

**Fee:** $455.00.

**See docket sheet for information of Plaintiff's Counsel and Defendant's Counsel.**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5150

DANIEL D. PIERCE,
and HENDY J. LUND,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 05-CV-1071,
Judge Susan G. Braden.

Authorized Abbreviated Caption[2]

PIERCE v US, 2007-5150

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.