NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
JUN 19 2008
U.S. COURT OF FEDERAL CLAIMS

2007-5150

DANIEL D. PIERCE,
and HENDY J. LUND,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

## Judgment

ON APPEAL from the United States Court of Federal Claims

in CASE NO(S). 05-CV-1071

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
APR 14 2008
JAN HORBALY
CLERK

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LINN, Circuit Judge, CLEVENGER, Senior Circuit Judge, and PROST, Circuit Judge ).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED APR 14 2008

Jan Horbaly, Clerk

Issued as Mandate: JUN 18 2008

COSTS:
Printing ........................ $113.28
Total ........................ $113.28

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 6-19-08

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)
Docket No(s): 2007-5150 Caption: Daniel D. Pierce and Hendy J. Lund v. The United States
The Clerk is requested to tax the following costs against: Appellants

RECEIVED
APR 21 2008
United States Court of Appeals
For The Federal Circuit

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
APR 21 2008
JAN HORBALY
CLERK

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid to this court) | xxxxxx | xxxxxx | | | | |
| Table of Designated Materials (original) | xxxxxx | Xxxxxx | | 6.00 | | |
| Table of Compilation of Designated Materials (copying and collating) | xxxxxx | Xxxxxx | | 0.08 | | |
| Brief (original) | xxxxxx | Xxxxxx | | 6.00 | | |
| Brief (cover and binding) | xxxxxx | xxxxxx | | 2.00 | | |
| Brief (copying and collating) | 16 | 1,888 | $.06 | 0.08 | $113.28 | $113.28 |
| Appendix (original-table of contents) | xxxxxx | xxxxxx | | 6.00 | | |
| Appendix (covers and binding) | xxxxxx | xxxxxx | | 2.00 | | |
| Appendix (Supplemental)(copying and collating) | | attached to brief | | 0.08 | — | |
| Reply Brief (original) | xxxxxx | xxxxxx | | 6.00 | | |
| Reply Brief (covers and binding) | xxxxxx | xxxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | xxxxxx | xxxxxx | | 0.08 | | |
| Other (describe): Addendum | | attached to brief | | | — | |
| GRAND TOTALS | | 1,888 | $ .06 | .08 | $113.28 | $113.28 |

City/County of Washington ) District/State of Columbia

I, John A. Nolet, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature] Date: April 18, 2008 Attorney for: United States

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 6-19-08

3209947.1

MEMORANDUM

| Subject: | Date: |
|---|---|
| Cost of Duplicating the Brief and attached Addendum and Supplemental Appendix for the United States | April 18, 2008 |

| From: | To: |
|---|---|
| Joseph E. Young<br>Executive Officer | Nathan J. Hochman<br>Assistant Attorney General<br>Tax Division |

This is to certify that the cost for copies made in our Litigation Support Service Center, Main Justice Building, is 6 cents per page. Consequently, I certify that the cost of duplicating sixteen copies of the answering brief and attached supplemental appendix and addendum for the United States in Daniel D. Pierce and Hendy J. Lund v. United States, No. 2007-5150, filed in the United States Court of Appeals for the Federal Circuit is as follows:

Answering Brief (with attached Addendum and Supplemental Appendix) for the United States:

1,888 sheets duplicated at $.06 per copy = $113.28

Total: $113.28

IN THE UNITED STATES COURT OF APPEALS

FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| DANIEL D. PIERCE. and HENDY J. LUND, Plaintiffs-Appellants, v. THE UNITED STATES, Defendant-Appellee. | ) ) ) ) ) ) ) ) ) ) | No. 2007-5150 |

DECLARATION

JOHN A. NOLET, counsel for the appellee, the United States, states as follows:

1. Rule 39(b) of the Federal Rules of Appellate Procedure provides that "[c]osts for or against the United States, its agency, or officer will be assessed under Rule 39(a) only if authorized by law." Under 28 U.S.C. § 2412(a)(1), "[e]xcept as otherwise specifically provided by statute, a judgment for costs, as enumerated in section 1920 of this title [exclusive of attorneys' fees] may be awarded to a prevailing party in any civil action brought by or against the United States or any agency or any official of the United States acting in his or her official capacity in any court having jurisdiction of such action." Under

29 U.S.C. § 1920(4), taxable costs include the costs of copying papers necessarily filed in the case.

2. I am an attorney employed in the Appellate Section of the Tax Division of the Department of Justice, and in that capacity I have knowledge of the cost of duplicating the appellee's answering brief and attached addendum and supplemental appendix, filed and served in the United States Court of Appeals for the Federal Circuit in the above-entitled case. The total cost of duplicating said items was $113.28 as shown by the attached copy of the printer's bill, dated April 18, 2008, and the total cost is correct to the best of my knowledge and belief and has been necessarily incurred.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct. Executed this 18th day of April, 2008, at Washington D.C.

JOHN A. NOLET
*Attorney*

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing bill of costs has been made on counsel for the appellants on this 18th day of April, 2008, by mailing a copy thereof, via FedEx, properly addressed to him as follows:

Brian G. Isaacson, Esq.
Merriam & Isaacson, P.S.
701 Fifth Ave. #5800
Seattle, WA 98104

JOHN A. NOLET
*Attorney*

U.S. Department of Justice

Tax Division

*Please reply to:* *Appellate Section*
*P.O. Box 502*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-8456*
*Telephone No. (202) 514-3361*

JANolet:cs
154-2382
2006100737

April 18, 2008

VIA FEDEX

Jan Horbaly, Esquire
Clerk, U.S. Court of Appeals
for the Federal Circuit
National Courts Building
717 Madison Place, N.W.
Washington, D.C. 20439

Re: Daniel D. Pierce, et al. v. United States
(Fed. Cir. - No. 2007-5150)

Dear Mr. Horbaly:

In accordance with the April 14, 2008 opinion of your Court in the above-entitled case, we enclose herewith a verified bill of costs in the amount of $113.28 accompanied by a copy of the printer's bill, together with a supporting declaration. A copy of this letter and a copy of the foregoing documents are being mailed this day, by FedEx, to counsel for the appellants. We are also enclosing an appearance form entering my appearance as co-counsel on behalf of the appellee. (Please note I am *not* replacing existing lead counsel in this case).

You are hereby requested to cause this bill of costs to be taxed as costs in your Court. This case is currently assigned to Marion E.M. Erickson, of this office, who may be reached at (202) 514-9861. Any questions regarding this

letter should be directed to Carol Silverberg of this office, who may be reached at (202) 514-5327.

Sincerely yours,

JOHN A. NOLET
*Attorney*
Appellate Section

Enclosures

cc: Brian G. Isaacson, Esq.
Merriam & Isaacson, P.S.
701 Fifth Ave., #5800
Seattle, WA 98104

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DANIEL D. PIERCE AND HENDY J. LUND v. THE UNITED STATES

No. 2007-5150

(INSTRUCTIONS: Counsel refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants read Paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance (select one):

___ Pro Se _X_ As counsel for: The United States
Name of party

I am, or the party I represent is (select one):

___ Petitioner ___ Respondent ___ Amicus Curiae
___ Appellant _X_ Appellee ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

___ Petitioner or appellant ___ Respondent or appellee

My address and telephone are:

Name: John A. Nolet
Law Firm (counsel only): Department of Justice
Address: P.O. Box 502
City, State, and ZIP: Washington, D.C. 20044
Telephone: (202) 514-2935

Statement to be completed by counsel only (select one):

___ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

_X_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): ________

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only): ___ yes _X_ no

04/18/08
Date

Signature of Pro Se or Counsel